TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER,    :
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others    :     **Civil Action No.:**
similarly situated,                                         **2:06-cv-02448-KSH-PS**
                                                              :
                                        Plaintiffs,    :

                                        -against-    :

                                                              :     **NOTICE OF MOTION**
UNGAR'S FOOD PRODUCTS, INC.,            **FOR CLASS**
d/b/a DR. PRAEGER'S SENSIBLE FOODS    :     **CERTIFICATION**
and SENSIBLE FOODS LLC d/b/a,
DR. PRAEGER'S SENSIBLE FOODS,          :

                                        Defendants.    :

------------------------------------------------------------X

        PLEASE TAKE NOTICE that upon the annexed declaration of Matthew J. Aaronson,

dated May 16, 2007, the accompanying Memorandum of Law, and upon all prior proceedings

had herein, plaintiffs Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi will

move this Court before the Honorable Katherine S. Hayden, United States District Judge, Martin

Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on the 9th day

of July, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant

to Rule 23 of the Federal Rules of Civil Procedure, granting the within motion for class

certification and further granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any answering papers in opposition to this motion must be served and filed no later than June 15, 2007 in accordance with this Court's Order on Informal Application and Amended Pretrial Scheduling Order entered on February 1, 2007.

PLEASE TAKE FURTHER NOTICE that plaintiffs respectfully request oral argument. A proposed form of order is attached.

Dated: Newark, New Jersey
       May 16, 2007

                              TROUTMAN SANDERS LLP
                              The Legal Center
                              One Riverfront Plaza
                              Newark, New Jersey  07102
                              (973) 645-0772

                              By: _____
                              David J. Sheehan (DS-4818)
                              Clement H. Berne (CB 3579)

                                        -and-

                              Charles P. Greenman
                              Matthew J. Aaronson
                              The Chrysler Building
                              405 Lexington Avenue
                              New York, New York 10174
                              (212) 704-6000

                              *Attorneys for Plaintiffs*

To:    SAIBER SCHLESINGER SATZ
       & GOLDSTEIN, LLC
       One Gateway Center
       13th Floor
       Newark, New Jersey 07102

TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
---------------------------------------------------------------X

|  |  |  |
|---|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and all others similarly situated, | : : : | **Civil Action No.: 2:06-cv-02448-KSH-PS** |
| Plaintiffs, | : : | |
| -against- | : | |
| UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC d/b/a, DR. PRAEGER'S SENSIBLE FOODS, | : : : | **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Defendants. | : | |

---------------------------------------------------------------X

MATTHEW J. AARONSON, declares, under penalties of perjury, as follows:

1.      I am associated with Troutman Sanders LLP, attorneys for plaintiffs Alexandria

Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi ("plaintiffs"), and submit this affidavit in

support of plaintiffs' motion for class certification pursuant to Rule 23 of the Federal Rules of

Civil Procedure.

2.      Attached hereto as Exhibit 1 is a copy of an eleven ounce package of Dr.

Praeger's California Veggie Burgers, purchased at retail, the contents of which were submitted to

ABC Research Corp. for nutritional testing on May 25, 2006.

3.      Attached hereto as Exhibit 2 is a copy of a sixty ounce package of Dr. Praeger's California Veggie Burgers, purchased at retail.

4.      Attached hereto as Exhibit 3 is a copy of a package of Dr. Praeger's Broccoli Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

5.      Attached hereto as Exhibit 4 is a copy of a package of Dr. Praeger's Potato Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

6.      Attached hereto as Exhibit 5 is a copy of a package of Dr. Praeger's Spinach Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

7.      Attached hereto as Exhibit 6 is a copy of the nutritional testing reports, dated June 1, 2006, describing results from testing performed on Dr. Praeger's 11 oz. California Veggie Burgers, Dr. Praeger's Spinach Pancakes, Dr. Praeger's Broccoli Pancakes, and Dr. Praeger's Potato Pancakes, performed by ABC Research Corp., 3437 S.W.24th Avenue, Gainsville, Florida 32607, at the request of counsel for plaintiffs.

8.      Attached hereto as Exhibit 7 is a copy of a document purported to be a nutritional testing report, dated January 31, 2006 (DRP0006836-0006841) describing results from testing performed on Dr. Praeger's 60 oz. California Veggie Burgers, performed by Michelson Laboratories, Inc., 6280 Chalet Drive, Commerce, California 90040-3761. [1]

---

[1] Defendants produced the documents marked as Exhibits 7-12 and designated them as confidential.  Exhibits 7-12 will be submitted separately upon entry of an order sealing such Exhibits.

9.     Attached hereto as Exhibit 8 is an email from Jeffrey Cohen to James Gianninoto, dated February 9, 2007 (DRP0015452).  Accompanying the email is a chart prepared by defendants that lists sales and financial information (DRP0015453).

10.    Attached hereto as Exhibit 9 is an email from Dr. Porus Aria of QC Laboratories to Larry Praeger (DRP0001447), dated February 1, 2005.

11.    Attached hereto as Exhibit 10 is an email from Ted Birkhahn of Peppercom, Inc. to Larry Praeger (DRP0012654), dated May 12, 2006.

12.    Attached hereto as Exhibit 11 is Defendants' response to Interrogatory No. 14 from Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories, dated dated December 27, 2006.

13.    Attached hereto as Exhibit 12 is a copy of the nutritional testing reports (DRP0015069-0015080), dated February 23, 2006, describing results from testing performed on Dr. Praeger's 60 oz. California Veggie Burgers and Dr. Praeger's Spinach Pancakes, performed by QC Laboratories, 1205 Industrial Blvd., P.O. Box 514, Southhampton, PA 18966-0514.

14.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 16, 2007

_____
MATTHEW J. AARONSON

3

# Exhibit 1

california veggie burgers

# DR.PRAEGER'S®

## DR.PRAEGER'S®
SENSIBLE FOODS

**A L L   N A T U R A L**
california
veggie burgers

4 BURGERS

NET WT. 11 OZ (312g)

---

# DR.PRAEGER'S®
SENSIBLE FOODS

**A L L   N A T U R A L**
california
veggie burgers

DAIRY
FREE

*Made with Oat Bran*
*0g trans fat, saturated fat & cholesterol*
*GMO Free*

♥ **American Heart Association**
Meets American Heart Association food criteria for
saturated fat and cholesterol for healthy people over age 2.
While a very low cholesterol, low fat diet that is low in saturated fat
and cholesterol may reduce the risk of this disease.

Ⓤ KOSHER P

NET WT. 11 OZ (312g)   KEEP FROZEN

---

shopping cart the estimated nutrition

hope you enjoyed all the ingredients

**A L L   N A T U R A L**   TO6BG

4 BURGERS
INDIVIDUALLY WRAPPED

NET WT. 11 OZ (312g)

---

# DR.PRAEGER'S®
SENSIBLE FOODS

**A L L   N A T U R A L**
californiaveggieburgers











DR.PRAEGER'S®

4 BURGERS
INDIVIDUALLY WRAPPED

NET WT. 11 OZ (312g)

A L L   N A T U R A L
california
veggie burgers

## Nutrition Facts

Serving Size 1 Burger (78g)
Serving Per Container 4

| Amount Per Serving | |
|---|---|
| Calories 92 | Calories from Fat 30 |

| | % Daily Value* |
|---|---|
| Total Fat 4g | 5% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 180mg | 8% |
| Total Carbohydrate 9g | 4% |
| Dietary Fiber 4g | 18% |
| Sugars 0g | |
| Protein 5g | |

| Vitamin A 60% | • | Vitamin C 7% |
|---|---|---|
| Calcium 6% | • | Iron 7% |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

## Cooking Instructions:

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on Broil. Do not add any shortening. Broil 5-7 minutes on each side or until browned to taste.

Barbecue: Place on hot barbecue grill until golden brown.

Dear Valued Customer:
I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I see firsthand how my patients metabolic conditions that are ...

Thank you,
Dr. Peter Praeger



KOSHER PARVE

DR.PRAEGER'S®

A L L   N A T U R A L
california
veggie burgers

0g trans fat, saturated
fat & cholesterol
GMO Free

Made with Oat Bran

### INGREDIENTS:

Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Red Pepper, Arrowroot, Corn Starch, Garlic, Corn Meal, Salt, Parsley, Black Pepper.

American Heart Association

Dr. Praeger's Sensible Foods®
Dr. Peter Praeger, President

www.drpraeger.com
EU# 3001231978

Job 8283
21-0271-1085C
8/05
11

# Exhibit 2

**DR.PRAEGER'S**

A L L   N A T U R A L

california
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED

**DR.PRAEGER'S**

A L L   N A T U R A L

california
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED

**DR.PRAEGER'S**
S E N S I B L E   F O O D S

A L L   N A T U R A L

california
veggie burgers

*Made with Oat Bran*
*Cholesterol Free*
*GMO Free*
*No Trans Fatty Acids*

**16 BURGERS**
INDIVIDUALLY WRAPPED

American Heart Association

KOSHER PARVE     KEEP FROZEN

NET WT. 60 OZ. (3.75 lbs) (1.7kg)

NET WT. 60 OZ. (3.75 lbs) (1.7kg)

H064B

**DR.PRAEGER'S**
S E N S I B L E   F O O D S

A L L   N A T U R A L

california
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED

# DR. PRAEGER'S®

ALL NATURAL

## california
## veggie burgers

### Made with Oat Bran

Cholesterol Free
GMO Free
No Trans Fatty Acids

## Cooking Instructions:

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil. Do not add any shortening. Broil 5-7 minutes on each side or until browned to taste.

Barbecue: Place on barbeque until golden brown.

### American Heart Association

Ungar's American Heart Association food criteria for saturated fat and cholesterol for healthy people ages 2 and older. While many factors affect heart disease, diets low in saturated fat and cholesterol may reduce the risk of this disease.

Ⓤ Ⓓ ⓀⓄⓈⒽⒺⓇ PARVE

Dr. Praeger's® Sensible Foods™
Product Manufactured by:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com

28274

0  46968*00110  4

---

**Dear Valued Customer:**

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision. Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,



Dr. Peter Praeger

---

## Nutrition Facts

Serving Size 1 Burger (107g)
Servings Per Container 16

**Amount Per Serving**

Calories 110  Calories from Fat 35

|  | % Daily Value* |
|---|---|
| **Total Fat** 4g | 6% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g |  |
| **Cholesterol** 0mg | 0% |
| **Sodium** 220mg | 9% |
| **Total Carbohydrate** 12g | 4% |
| Dietary Fiber 5g | 20% |
| Sugars 0g |  |
| **Protein** 7g |  |

Vitamin A 53% • Vitamin C 19%
Calcium 7% • Iron 11%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

|  |  | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate |  | 300g | 375g |
| Dietary Fiber |  | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS: Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Red Pepper, Arrowroot, Corn Starch, Garlic, Corn Meal, Salt, Parsley, Black Pepper.

---

# DR. PRAEGER'S®

ALL NATURAL

## california
## veggie burgers

# 16 BURGERS

INDIVIDUALLY WRAPPED

NET WT. 20 OZ. (1 LB 3 OZ) (567g)

Exhibit 3





**DR.PRAEGER'S**
ALL NATURAL
broccoli pancakes






# DR. PRAEGER'S

**ALL NATURAL broccoli pancakes**

0g trans fat, saturated fat & cholesterol



KOSHER PARVE

**Ingredients:** BROCCOLI, POTATOES, ONIONS, EGG WHITES, POTATO FLAKES, EXPELLER PRESSED CANOLA OIL, SALT, GARLIC, BLACK PEPPER.

Another Great Dr. Praeger's Sensible Foods™ Product. Manufactured by: Ungar's Food Products, Elmwood Park, N.J. 07407 www.drpraegers.com EU# 300120701S

0 68680 00050 5

A L L   N A T U R A L

**broccoli pancakes**

**9 PANCAKES** INDIVIDUALLY SEPARATED

NET WT. 12OZ (340g)

## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil. Do not add any shortening. Broil 5-6 minutes on each side or until browned to taste.

Microwave: 2 minutes each side. Serve with your cream or apple sauce.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patient maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!

Thank you,
Dr. Peter Praeger

## Nutrition Facts

Serving Size 1 Pancake (38g)
Serving Per Container 9

| | |
|---|---|
| Calories 40 | Calories from Fat 20 |

| | % Daily Value |
|---|---|
| Total Fat 2g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 130mg | 6% |
| Total Carbohydrate 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 0g | |
| Protein 1g | |

| | | | |
|---|---|---|---|
| Vitamin A 3% | • | Vitamin C 15% | |
| Calcium 1% | • | Iron 1% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs.*

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4












Job# 6364
21-027-120SC
10/05   4

Exhibit 4





**POTATO PANCAKES**

**HOMESTYLE**



**9 CAKES**

**9 CAKES**

NET WT.
12.7 oz. (360g)

WHEN YOU RECOGNIZE ALL THE INGREDIENTS

**HOMESTYLE**

# POTATO PANCAKES





**HOMESTYLE**

**POTATO PANCAKES**

KOSHER PARVE

**ALL NATURAL**

*Made from Shredded Potatoes*
*Low in Saturated Fat*
*Low in Cholesterol*

 **Heart Healthy**

NET WT.12.7 oz. (360g)





**HOMESTYLE**

**POTATO PANCAKES**




# DR. PRAEGER'S
QUALITY SENSIBLE FOODS

TODAY'S MENU FOR A
HEALTH CONSCIOUS LIFESTYLE

## HOMESTYLE
## POTATO PANCAKES

NET WT.
12.7 oz (360g)

.105CH








## Nutrition Facts
Serving Size 1 Pancake (40g)
Serving Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 50 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| Total Fat 2.5g | 4% |
| Saturated Fat 0g | 1% |
| Cholesterol 15mg | 5% |
| Sodium 85mg | 4% |
| Total Carbohydrate 7g | 2% |
| Dietary Fiber less than 1g | 3% |
| Sugars 0g | |
| Protein 2g | |

| | | |
|---|---|---|
| Vitamin A 0% | • | Vitamin C 7% |
| Calcium 1% | • | Iron 3% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven:
Preheat oven on broil. Do not add any shortening. Broil 5-8 minutes on each side or until browned to taste.

Microwave:
2 minutes each side.

Serve with sour cream or apple sauce

Dear Valued Customer:
I believe that being healthy is a combination of genetics and a balanced lifestyle, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that so many patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats.

Dr. Praeger's Sensible Foods ™ and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger




### HOMESTYLE
### POTATO PANCAKES

Ingredients:
Potatoes, Onions, Eggs, Oat Bran, Expeller Pressed Canola Oil, Arrowroot, Spices.



KOSHER PARVE

Another Great
DR. PRAEGER'S SENSIBLE FOODS™
Product. Manufactured By:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com

0  80868 00012  1











Job#5872
21-027-64SC
12

Exhibit 5







9 PANCAKES
INDIVIDUALLY WRAPPED

NET WT.
12 OZ (340g)

ALL NATURAL
spinach
pancakes

DR. PRAEGER'S®

**Nutrition Facts**
Serving Size 1 Pancake (38g)
Servings Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 40 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| Total Fat 2g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 130mg | 6% |
| Total Carbohydrate 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 0g | |
| Protein 1g | |

| Vitamin A 31% | • | Vitamin C 5% |
|---|---|---|
| Calcium 2% | • | Iron 2% |

*Percent Daily Values are based on a 2,000
calorie diet. Your daily values may be higher
or lower depending on your calorie needs:

| | | Calories: | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**Cooking Instructions**
Keep Frozen Prior to Cooking.
Oven or Toaster Oven: Preheat oven
on broil. Do not add any shortening.
Broil pancake on each side or until
browned to taste.
Microwave: 2 minutes each side.
Serve with sour cream or apple sauce.

Dear Valued Customer:
I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as a part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is Dr. Praeger's Sensible Foods™, designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!

Thank you,
Dr. Peter Praeger

DR. PRAEGER'S®
ALL NATURAL
spinach
pancakes
0g trans fat, saturated fat
& cholesterol

**Ingredients:**
SPINACH, POTATOES, ONIONS, EGG WHITES,
POTATO FLAKES, EXPELLER PRESSED CANOLA
OIL, SEA SALT, GARLIC, PEPPER.

Product Manufactured by:
Ungar's Food Products
Dr. Praeger's Sensible Foods™
Elmwood Park, N.J. 07407
www.drpraegers.com

KOSHER PARVE

0 86868 00095 9

Job# 6594
21-027-11950
10/05        6

Exhibit 6

# ABC Research Corp.

3437 S.W. 24th Avenue • Gainesville, Florida 32607 • 352-372-0436 • Fax 352-378-6483 • visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:  May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

Finalized:  Jun 1 2006
Print Date  Jun 1 2006

MATTHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Client #:  15596
Phone: 212-704-6006
Fax:  212-704-5901

## ANALYTICAL RESULTS

Results are representative of the sample(s) as submitted

---

**Sample #:**  06006909-1

**Description:** California Veggie Burgers (Lot Code T06BG)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 11.4 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 18.2 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 203 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 6.9 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 62.0 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.5 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 219 | mg/100g | 0.05 | SW 6010 (FOODS) |

---

**Sample #:**  06006909-2

**Description:** Broccoli Pancakes (Lot Code NO6BG)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 10.0 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 15.1 | % | 1 | CALC |
| CALORIES | 161.6 | Cal/100g | 1 | CALC |

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

## A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:   May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun 1 2006
Print Date  Jun 1 2006

Client #:    15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS

Results are representative of the sample(s) as submitted

**Sample #:**   06006909-2

**Description:** Broccoli Pancakes (Lot Code NO6BG)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| Analysis started on 5/27/2006 | | | | |
| PROTEIN | 2.8 | % | 0.1 | AOAC 984.13 - Mod. |
| Analysis started on 5/27/2006 | | | | |
| MOISTURE | 70.5 | % | 0.1 | AOAC - MOISTURE |
| Analysis started on 5/27/2006 | | | | |
| ASH | 1.6 | % | 0.1 | AOAC 920.153 |
| Analysis started on 5/27/2006 | | | | |
| SODIUM | 348 | mg/100g | 0.05 | SW 6010 (FOODS) |
| Analysis started on 5/27/2006 | | | | |

**Sample #:**   06006909-3

**Description:** Broccoli Pancakes (Lot Code RO6CE)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT | 8.6 | % | 1 | AOAC 922.06, 948.15 |
| Analysis started on 5/27/2006 | | | | |
| CARBOHYDRATE | 15.8 | % | 1 | CALC |
| Analysis started on 5/27/2006 | | | | |
| CALORIES | 154.6 | Cal/100g | 1 | CALC |
| Analysis started on 5/27/2006 | | | | |
| PROTEIN | 3.5 | % | 0.1 | AOAC 984.13 - Mod. |
| Analysis started on 5/27/2006 | | | | |
| MOISTURE | 70.6 | % | 0.1 | AOAC - MOISTURE |
| Analysis started on 5/27/2006 | | | | |

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:    May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

Finalized:  Jun  1 2006
Print Date  Jun 1 2006

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Client #:   15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS
### Results are representative of the sample(s) as submitted

---

**Sample #:**  06006909-3

**Description:** Broccoli Pancakes (Lot Code RO6CE)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| ASH<br>Analysis started on 5/27/2006 | 1.5 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 349 | mg/100g | 0.05 | SW 6010 (FOODS) |

---

**Sample #:**  06006909-4

**Description:** Potato Pancakes (Lot Code IO5CH)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 12.1 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 19.1 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 198.1 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 3.2 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 64.2 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.4 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 337 | mg/100g | 0.05 | SW 6010 (FOODS) |

Page 3 of 5
Report Continues

P 0003

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:     May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun  1 2006
Print Date  Jun 1 2006

Client #:   15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS
### Results are representative of the sample(s) as submitted

Sample #:   06006909-5

Description: Potato Pancakes (Lot Code RO6CE)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 9.3 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 18.5 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 171.3 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 3.4 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 67.4 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.4 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 321 | mg/100g | 0.05 | SW 6010 (FOODS) |

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT COMMUNICATION/PRIVILEGED

Deviations from standardized methods: None unless otherwise noted.

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

## A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:    May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun  1 2006
Print Date   Jun 1 2006

Client #:    15596
Phone: 212-704-6006
Fax:     212-704-5901

## ANALYTICAL RESULTS

Results are representative of the sample(s) as submitted

Respectfully submitted for ABC Research

Kathy Barry
Director, Chemistry Laboratory

This report may not be reproduced except in full, without the written approval of ABC Research Corp.
Unless notified, sample disposed of within 30 days of final report.

P 0005

| | | 78 | 62.0 | 6.9 | 11.4 | 1.5 | 219 | 18.2 | 203 | 8.9 | 171 | 158 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6909-1 | Veggie Burger | | | | | | | | | | | |
| 6909-2 | Broccoli Pancake, NO6BG | 38 | 70.5 | 2.8 | 10.0 | 1.6 | 348 | 15.1 | 161.8 | 3.8 | 132 | 61 |
| 6909-3 | Broccoli Pancake, RO6CE | 38 | 70.6 | 3.5 | 8.6 | 1.5 | 349 | 15.8 | 154.6 | 3.3 | 133 | 59 |
| 6909-4 | Potato Pancake, IO5CH | 40 | 64.2 | 3.2 | 12.1 | 1.4 | 337 | 19.1 | 198.1 | 4.8 | 135 | 79 |
| 6909-5 | Potato Pancake, RO6CE | 40 | 67.4 | 3.4 | 9.3 | 1.4 | 321 | 18.5 | 171.3 | 3.7 | 128 | 69 |

P 0006

Exhibit 7

Designated Confidential

Exhibit To Be Filed Separately Under Sea

Exhibit 8

Designated Confidential

Exhibit To Be Filed Separately Under Sea

Exhibit 9

Designated Confidential

Exhibit To Be Filed Separately Under Sea

# Exhibit 10

# Designated Confidential

# Exhibit To Be Filed Separately Under Sea

Exhibit 11

Designated Confidential

Exhibit To Be Filed Separately Under Sea

# Exhibit 12

## Designated Confidential

## Exhibit To Be Filed Separately Under Seal

TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER,          :
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others           :      **Civil Action No.:**
similarly situated,                                            **2:06-cv-02448-KSH-PS**
                                                             :
                              Plaintiffs,
                                                             :
             -against-
                                                             :      **ORDER**
UNGAR'S FOOD PRODUCTS, INC.,
d/b/a DR. PRAEGER'S SENSIBLE FOODS     :
and SENSIBLE FOODS LLC d/b/a,
DR. PRAEGER'S SENSIBLE FOODS,              :

                              Defendants.         :

------------------------------------------------------------X


        THIS MATTER having come before the Court on July 9, 2007; and the Court having

considered the submissions of the parties, heard the arguments of counsel, and having found that

the requirements of Rule 23 of the Federal Rules of Civil Procedure are satisfied, and for good

cause shown;

        IT IS ON THIS _____ day of _____, 2007, Ordered that

        1.      The class consisting of:

                All persons in the United States (the fifty states and the District of Columbia) who
                purchased Dr. Praeger's California Veggie Burgers, Tex-Mex Veggie Burgers,

Broccoli Pancakes, Potato Pancakes and Spinach Pancakes during the period beginning on May 30, 2000 and ending on the date this Order is entered, excluding defendants, their parent, subsidiary and affiliated entities, any entity controlled by defendants, and the officers, directors, agents and employees of the foregoing entities and their immediate families,

is hereby certified under Rule 23 of the Federal Rules of Civil Procedure;

2.    Plaintiffs Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi are hereby appointed as representatives of the Class certified by this Order;

3.    The law firm of Troutman Sanders LLP is hereby appointed as Class Counsel;

4.    Notice to the Class shall be disseminated in accordance with a Notice Program to be submitted by Class Counsel within 30 days of the date of this Order for the Court's approval.

SO ORDERED,

_____
Honorable Katherine S. Hayden, U.S.D.J.

2