UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ALEXANDRIA ELIAS** | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-2448(KSH) |
| v. | : | |
| | : | |
| **UNGAR'S FOOD PRODUCTS, INC.** | : | **ORDER ON INFORMAL** |
| | : | **APPLICATION** |
| | : | |
| Defendants. | : | |

This matter having come before the Court on its own review of the docket;

and it appearing that Docket Entry No. 27 has been sealed;

and it further appearing that the parties did not filed a motion to seal Docket Entry No. 27;

and the Court having entered an Order dated May 18, 2007, which set forth the protocol for making a motion to seal;

and the Letter of Clement Berne, dated May 21, 2007, stating that the parties would shortly file a motion to seal consistent with the format set forth in the Order dated May 18, 2007;

and no motion to seal having been filed;

IT IS THEREFORE ON this 13th day of June, 2007

ORDERED that if the parties do not file a motion to seal Docket Entry No. 27 consistent with the protocol set forth in the Order dated May 18, 2007 by **June 19, 2007**, then the Court will direct the Clerk of the Court to unseal Docket Entry No. 27.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE