TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER,           :
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others            :        **Civil Action No.:**
similarly situated,                                           **2:06-cv-02448-KSH-PS**
                                                             :
                          Plaintiffs,
                                                             :
            -against-
                                                             :
UNGAR'S FOOD PRODUCTS, INC.,                  :        **NOTICE OF MOTION**
d/b/a DR. PRAEGER'S SENSIBLE FOODS          :        **FOR CLASS**
and SENSIBLE FOODS LLC d/b/a,                          **CERTIFICATION**
DR. PRAEGER'S SENSIBLE FOODS,                 :

                          Defendants.                    :

-------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed declaration of Matthew J. Aaronson,

dated May 16, 2007, the accompanying Memorandum of Law, and upon all prior proceedings

had herein, plaintiffs Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi will

move this Court before the Honorable Katherine S. Hayden, United States District Judge, Martin

Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on the 9th day

of July, 2007, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an order pursuant

to Rule 23 of the Federal Rules of Civil Procedure, granting the within motion for class

certification and further granting such other and further relief as the Court may deem just and proper.

PLEASE TAKE FURTHER NOTICE that any answering papers in opposition to this motion must be served and filed no later than June 15, 2007 in accordance with this Court's Order on Informal Application and Amended Pretrial Scheduling Order entered on February 1, 2007.

PLEASE TAKE FURTHER NOTICE that plaintiffs respectfully request oral argument. A proposed form of order is attached.

Dated: Newark, New Jersey
May 16, 2007

TROUTMAN SANDERS LLP
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 645-0772

By: _____
David J. Sheehan (DS-4818)
Clement H. Berne (CB 3579)

-and-

Charles P. Greenman
Matthew J. Aaronson
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 704-6000

*Attorneys for Plaintiffs*

To:   SAIBER SCHLESINGER SATZ
      & GOLDSTEIN, LLC
      One Gateway Center
      13th Floor
      Newark, New Jersey 07102

# Matthew J. Aaronson Declaration

TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey  07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X

| | | |
|---|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and all others similarly situated, | : : : : | **Civil Action No.: 2:06-cv-02448-KSH-PS** |
| Plaintiffs, | : | |
| -against- | : | |
| UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC d/b/a, DR. PRAEGER'S SENSIBLE FOODS, | : : : | **DECLARATION IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| Defendants. | : | |

------------------------------------------------------------------X

MATTHEW J. AARONSON, declares, under penalties of perjury, as follows:

1.    I am associated with Troutman Sanders LLP, attorneys for plaintiffs Alexandria

Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi ("plaintiffs"), and submit this affidavit in

support of plaintiffs' motion for class certification pursuant to Rule 23 of the Federal Rules of

Civil Procedure.

2.    Attached hereto as Exhibit 1 is a copy of an eleven ounce package of Dr.

Praeger's California Veggie Burgers, purchased at retail, the contents of which were submitted to

ABC Research Corp. for nutritional testing on May 25, 2006.

3.      Attached hereto as Exhibit 2 is a copy of a sixty ounce package of Dr. Praeger's California Veggie Burgers, purchased at retail.

4.      Attached hereto as Exhibit 3 is a copy of a package of Dr. Praeger's Broccoli Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

5.      Attached hereto as Exhibit 4 is a copy of a package of Dr. Praeger's Potato Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

6.      Attached hereto as Exhibit 5 is a copy of a package of Dr. Praeger's Spinach Pancakes, purchased at retail, the contents of which were submitted to ABC Research Corp. for nutritional testing on May 25, 2006.

7.      Attached hereto as Exhibit 6 is a copy of the nutritional testing reports, dated June 1, 2006, describing results from testing performed on Dr. Praeger's 11 oz. California Veggie Burgers, Dr. Praeger's Spinach Pancakes, Dr. Praeger's Broccoli Pancakes, and Dr. Praeger's Potato Pancakes, performed by ABC Research Corp., 3437 S.W.24th Avenue, Gainsville, Florida 32607, at the request of counsel for plaintiffs.

8.      Attached hereto as Exhibit 7 is a copy of a document purported to be a nutritional testing report, dated January 31, 2006 (DRP0006836-0006841) describing results from testing performed on Dr. Praeger's 60 oz. California Veggie Burgers, performed by Michelson Laboratories, Inc., 6280 Chalet Drive, Commerce, California 90040-3761.[1]

---

[1] Defendants produced the documents marked as Exhibits 7-12 and designated them as confidential. Exhibits 7-12 will be submitted separately upon entry of an order sealing such Exhibits.

9.      Attached hereto as Exhibit 8 is an email from Jeffrey Cohen to James Gianninoto, dated February 9, 2007 (DRP0015452).  Accompanying the email is a chart prepared by defendants that lists sales and financial information (DRP0015453).

10.     Attached hereto as Exhibit 9 is an email from Dr. Porus Aria of QC Laboratories to Larry Praeger (DRP0001447), dated February 1, 2005.

11.     Attached hereto as Exhibit 10 is an email from Ted Birkhahn of Peppercom, Inc. to Larry Praeger (DRP0012654), dated May 12, 2006.

12.     Attached hereto as Exhibit 11 is Defendants' response to Interrogatory No. 14 from Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories, dated dated December 27, 2006.

13.     Attached hereto as Exhibit 12 is a copy of the nutritional testing reports (DRP0015069-0015080), dated February 23, 2006, describing results from testing performed on Dr. Praeger's 60 oz. California Veggie Burgers and Dr. Praeger's Spinach Pancakes, performed by QC Laboratories, 1205 Industrial Blvd., P.O. Box 514, Southhampton, PA 18966-0514.

14.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  May 16, 2007

MATTHEW J. AARONSON

3

# Exhibit 1

ALL NATURAL california veggie burgers

DR. PRAEGER'S

DR. PRAEGER'S
SENSIBLE FOODS

ALL NATURAL
california
veggie burgers

T06BG    4 BURGERS
INDIVIDUALLY WRAPPED

NET WT. 11 OZ (312g)

4 BURGERS

DR. PRAEGER'S
SENSIBLE FOODS

ALL NATURAL
california
veggie burgers

Made with Oat Bran
0g trans fat, saturated fat & cholesterol
GMO Free

American Heart Association

Meets American Heart Association food criteria for
saturated fat and cholesterol for healthy people over age 2.
While many factors affect heart disease, diets low in saturated fat
and cholesterol may reduce the risk of this disease.

NET WT. 11 OZ (312g)    KEEP FROZEN    KOSHER P

DR. PRAEGER'S
SENSIBLE FOODS

ALL NATURAL
california veggie burgers



# DR. PRAEGER'S®

ALL NATURAL

## california
### veggie burgers

4 BURGERS
INDIVIDUALLY WRAPPED

NET WT. 11 OZ (312g)









## Nutrition Facts
Serving Size 1 Burger (78g)
Serving Per Container 4

| Amount Per Serving | |
|---|---|
| Calories 80 | Calories from Fat 30 |

| | % Daily Value* |
|---|---|
| Total Fat 4g | 5% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 190mg | 8% |
| Total Carbohydrate 9g | 4% |
| Dietary Fiber 4g | 16% |
| Sugars 0g | |
| Protein 6g | |

Vitamin A 0% • Vitamin C 7%
Calcium 0% • Iron 7%

## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil Do not add any shortening. Broil 5-7 minutes on each side or until browned to taste.

Barbecue: Place on hot barbecue until golden brown.

## DR. PRAEGER'S®

ALL NATURAL

## california
veggie burgers

Made with Oat Bran

0g trans fat, saturated fat & cholesterol
GMO Free

### Ingredients

American Heart Association

Dr. Praeger's Sensible Foods, Inc.
Elmwood Park, NJ 07407
www.drpragers.com
EU# 30012/27820

Job 8283
21-027-1088C
9905    11

# Exhibit 2



**DR. PRAEGER'S**
SENSIBLE FOODS

ALL NATURAL

**california**
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED

DR. PRAEGER'S

ALL NATURAL

**california**
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED

Made with Oat Bran
Cholesterol Free
GMO Free
No Trans Fatty Acids

American Heart Association

KOSHER PARVE

NET WT. 60 OZ. (3.75 lbs) (1.7kg)   KEEP FROZEN

NET WT. 60 OZ. (3.75 lbs) (1.7kg)

H36-8B

**DR. PRAEGER'S**
SENSIBLE FOODS

ALL NATURAL

**california**
veggie burgers

**16 BURGERS**
INDIVIDUALLY WRAPPED



# DR. PRAEGER'S®

A L L   N A T U R A L

## california
## veggie burgers

*Made with Oat Bran*

Cholesterol Free
GMO Free
No Trans Fatty Acids

### Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil. Do not add any shortening. Broil 5-7 minutes on each side or until browned to taste.

Barbecue: Place on barbeque until golden brown.

American Heart Association

Ⓤ Ⓓ ❤ KOSHER PARVE

Dr. Praeger's Sensible Foods™
Product Manufactured by:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com
58274

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger

## DR. PRAEGER'S®

A L L   N A T U R A L

## california
## veggie burgers

### 16 BURGERS
### INDIVIDUALLY WRAPPED

NET WT. 60.0 oz (3.75 lbs) (1.7kg)

## Nutrition Facts

Serving Size 1 Burger (107g)
Servings Per Container 16

**Amount Per Serving**

Calories 110   Calories from Fat 35

| | % Daily Value* |
|---|---|
| Total Fat 4g | 6% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 220mg | 9% |
| Total Carbohydrate 12g | 4% |
| Dietary Fiber 5g | 20% |
| Sugars 0g | |
| Protein 7g | |

Vitamin A 65% • Vitamin C 19%
Calcium 7% • Iron 11%

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

INGREDIENTS: Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Peel Pepper, Arrowroot, Corn Starch, Flour, Corn Meal, Salt, Parsley, Black Pepper.

# Exhibit 3

**DR.PRAEGER'S**
SENSIBLE FOODS
ALL NATURAL
broccoli pancakes

**DR.PRAEGER'S**
SENSIBLE FOODS
A L L   N A T U R A L
broccoli
pancakes

N06BG

9 PANCAKES
INDIVIDUALLY WRAPPED

NET WT.
12 OZ. (340g)

**DR.PRAEGER'S**
SENSIBLE FOODS
A L L   N A T U R A L
broccoli
pancakes 2

0g trans fat, saturated fat & cholesterol
♥ Heart Healthy

NET WT. 12 OZ. (340g)   KEEP FROZEN   Ⓤ   Ⓚ KOSHER PARVE

**DR.PRAEGER'S**
SENSIBLE FOODS
ALL NATURAL
broccoli pancakes

Job# 6984
21-027-120SC
1005    4

# DR. PRAEGER'S

ALL NATURAL
**broccoli pancakes**

0g trans fat,
saturated fat & cholesterol

### Ingredients
BROCCOLI, POTATOE, WHOLE EGG WHITES,
POTATO FLOUR, EXPELLER PRESSED CANOLA
OIL, SALT, GARLIC, BLACK PEPPER.

### Directions

**KOSHER PARVE**

Apple Tree
Dr. Praeger's Sensible Foods™
Product Manufactured by:
Ungars Food Products
Elmwood Park, NJ. 07407
www.drpraegers.com
Email comments:
Elm Comments

0 86869 00050 5



### Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven
on broil. Dry heat add any ingredients.
Broil 3-5 minutes on each side or until
browned to taste.

Microwave: 2 minutes each side.

Serve with sour cream or apple sauce.

### Dear Valued Customer:

I believe that being healthy is a combination of genetics
and a balanced lifestyle, including exercise and eating
sensibly. As a Cardiac Surgeon, I am concerned that my
patients maintain their health as part of their
regular, routine care.

Working with the family of a former
patient in the food business, I set out to
create great foods that are both low in
cholesterol and saturated fats, and are
free of preservatives and artificial
ingredients. The result is "Dr. Praeger's
Sensible Foods," designed to contain only
the freshest ingredients, prepared under
strict kosher guidelines.

Dr. Praeger's Sensible Foods is the perfect combination
of taste and convenience, for a health conscious lifestyle.
Enjoy!!

Thank you,
Dr. Peter Praeger

## Nutrition Facts
Serving Size 1 Pancake (38g)
Serving Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 40 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| **Total Fat** 2g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 100mg | 6% |
| **Total Carbohydrate** 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 1g | |
| **Protein** 1g | |

| | | | |
|---|---|---|---|
| Vitamin A 8% | | Vitamin C 10% | |
| Calcium 1% | | Iron 1% | |

*Percent Daily Values are based on a 2,000
calorie diet. Your daily values may be higher
or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |










# broccoli pancakes
ALL NATURAL

**9 PANCAKES**
INDIVIDUALLY WRAPPED

NET WT.
12OZ (340g)

Exhibit 4



HOMESTYLE
POTATO PANCAKES
QUALITY
DR. PRAEGER'S
SENSIBLE FOODS
TODAY'S MENU FOR A HEALTH CONSCIOUS LIFESTYLE
9 CAKES
WHERE YOU RECOGNIZE ALL THE INGREDIENTS
HOMESTYLE
POTATO PANCAKES
NET WT. 12.7 oz. (360g)
QUALITY
DR. PRAEGER'S
SENSIBLE FOODS
TODAY'S MENU FOR A HEALTH CONSCIOUS LIFESTYLE
HOMESTYLE
POTATO PANCAKES
KOSHER PARVE
ALL NATURAL
Made from Shredded Potatoes
Low in Saturated Fat
Low in Cholesterol
Heart Healthy
NET WT.12.7 oz.(360g)
QUALITY
DR. PRAEGER'S
SENSIBLE FOODS
TODAY'S MENU FOR A HEALTH CONSCIOUS LIFESTYLE
HOMESTYLE
POTATO PANCAKES

# HOMESTYLE
# POTATO PANCAKES

.105CH

NET WT. 12.7 oz. (360g)

**DR. PRAEGER'S**
TODAY'S MENU FOR A
HEALTH CONSCIOUS LIFESTYLE








## Nutrition Facts

Serving Size 1 Pancake (40g)
Serving Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 50 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| Total Fat 2.5g | 4% |
| Saturated Fat 0g | 1% |
| Cholesterol 15mg | 5% |
| Sodium 95mg | 4% |
| Total Carbohydrate 7g | 2% |
| Dietary Fiber less than 1g | 3% |
| Sugars 0g | |
| Protein 2g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C | 7% |
| Calcium 1% | • | Iron 3% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

## COOKING INSTRUCTIONS

**Keep Frozen Prior to Cooking.**

Oven or Toaster Oven:
Preheat oven or broiler. Do not add any shortening. Broil 5-8 minutes on each side or until browned to taste.

Microwave:
2 minutes each side.

Serve with sour cream or apple sauce

Dear Valued Customer:
Dr. Praeger being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diets habits as part of their ongoing cardiac care.
Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.
Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger



**DR. PRAEGER'S**

HOMESTYLE
**POTATO PANCAKES**

TODAY'S MENU FOR A
HEALTH CONSCIOUS LIFESTYLE

**INGREDIENTS:**
Potatoes, Onions, Eggs, Oat Bran, Expeller Pressed Canola Oil, Arrowroot, Spices.

**KOSHER PARVE**

Another Great
DR. PRAEGER'S SENSIBLE FOODS™
Product. Manufactured By:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com

0  80868 00012  1

Job#5672
21-027-64SC
12

# Exhibit 5



**DR. PRAEGER'S®**

SENSIBLE FOODS

spinach
pancakes

ALL NATURAL

spinach pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED

405AB

NET WT.
12 OZ (340g)

**DR. PRAEGER'S®**

A L L   N A T U R A L

spinach
pancakes 9oz

0g trans fat, saturated fat & cholesterol

♥ Heart Healthy

NET WT. 12 OZ (340g)   KEEP FROZEN   Ⓤ  KOSHER PARVE

**DR. PRAEGER'S®**

SENSIBLE FOODS

DR. PRAEGER'S®

A L L   N A T U R A L

spinach pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED

NET WT.
12 OZ. (340g)

## Nutrition Facts

Serving Size 1 Pancake (38g)
Servings Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 40 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| Total Fat 2g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 130mg | 6% |
| Total Carbohydrate 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 1g | |
| Protein 1g | |

| | | | |
|---|---|---|---|
| Vitamin A 31% | • | Vitamin C 0% | |
| Calcium 2% | • | Iron 2% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

### Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven or toaster oven to any desired setting. Broil 3-4 minutes on each side until browned to taste.

Microwave: 2 minutes each side.
Serve with sour cream or apple sauce.

Dear Valued Customer:

I believe that long loyalty is a combination of genetics and a delicate balance of eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ...

Thank you,

Dr. Peter Praeger

DR. PRAEGER'S®

A L L   N A T U R A L

spinach pancakes

0g trans fat, saturated fat & cholesterol

### Ingredients

SPINACH, POTATOES, EGG WHITES, POTATO FLOUR, SEMOLINA PRESSED CANOLA OIL, RICE, GARLIC, PEPPER.

© KOSHER PARVE

Another Great
Dr. Praeger's Sensible Foods™
Product, Manufactured by:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com

0 60681 00005 6

Job# 6384
21-027-11BSC
10/05   6

Exhibit 6

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

## A Better Company For Your Professional Analytical Needs

Sample Group #:   06006909
Received:     May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun  1 2006
Print Date  Jun 1 2006

Client #:    15596
Phone: 212-704-6006
Fax:     212-704-5901

## ANALYTICAL RESULTS

Results are representative of the sample(s) as submitted

**Sample #:**   06006909-1

**Description:** California Veggie Burgers (Lot Code T06BG)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 11.4 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 18.2 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 203 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 6.9 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 62.0 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.5 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 219 | mg/100g | 0.05 | SW 6010 (FOODS) |

**Sample #:**   06006909-2

**Description:** Broccoli Pancakes (Lot Code NO6BG)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 10.0 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 15.1 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 161.6 | Cal/100g | 1 | CALC |

Page 1 of 5
Report Continues

# ABC Research Corp.

3437 S.W. 24th Avenue • Gainesville, Florida 32607 • 352-372-0436 • Fax 352-378-6483 • visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:   May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun 1 2006
Print Date   Jun 1 2006

Client #:    15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS
### Results are representative of the sample(s) as submitted

**Sample #:**  06006909-2

**Description: Broccoli Pancakes (Lot Code NO6BG)**

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| Analysis started on 5/27/2006 | | | | |
| PROTEIN<br>Analysis started on 5/27/2006 | 2.8 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 70.5 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.6 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 348 | mg/100g | 0.05 | SW 6010 (FOODS) |

**Sample #:**  06006909-3

**Description: Broccoli Pancakes (Lot Code RO6CE)**

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 8.6 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 15.8 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 154.6 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 3.5 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 70.6 | % | 0.1 | AOAC - MOISTURE |

Page 2 of 5
Report Continues

P 0002

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:    May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Finalized:   Jun  1 2006
Print Date  Jun 1 2006

Client #:    15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS

### Results are representative of the sample(s) as submitted

**Sample #:**   06006909-3

**Description:** Broccoli Pancakes (Lot Code RO6CE)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| ASH <br> Analysis started on 5/27/2006 | 1.5 | % | 0.1 | AOAC 920.153 |
| SODIUM <br> Analysis started on 5/27/2006 | 349 | mg/100g | 0.05 | SW 6010 (FOODS) |

**Sample #:**   06006909-4

**Description:** Potato Pancakes (Lot Code IO5CH)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT <br> Analysis started on 5/27/2006 | 12.1 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE <br> Analysis started on 5/27/2006 | 19.1 | % | 1 | CALC |
| CALORIES <br> Analysis started on 5/27/2006 | 198.1 | Cal/100g | 1 | CALC |
| PROTEIN <br> Analysis started on 5/27/2006 | 3.2 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE <br> Analysis started on 5/27/2006 | 64.2 | % | 0.1 | AOAC - MOISTURE |
| ASH <br> Analysis started on 5/27/2006 | 1.4 | % | 0.1 | AOAC 920.153 |
| SODIUM <br> Analysis started on 5/27/2006 | 337 | mg/100g | 0.05 | SW 6010 (FOODS) |

Page 3 of 5
Report Continues

P 0003

# ABC Research Corp.

3437 S.W. 24th Avenue • Gainesville, Florida 32607 • 352-372-0436 • Fax 352-378-6483 • visit us @ www.abcr.com

### A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:  May 25 2006
Description: Dr. Praeger`s Burgers & Pancakes

Finalized:  Jun  1 2006
Print Date  Jun  1 2006

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Client #:  15596
Phone: 212-704-6006
Fax:  212-704-5901

## ANALYTICAL RESULTS
### Results are representative of the sample(s) as submitted

Sample #:  06006909-5

Description: Potato Pancakes (Lot Code RO6CE)

| ANALYSIS | RESULT | UNIT | DET. LIMIT | METHOD REFERENCE |
|---|---|---|---|---|
| FAT<br>Analysis started on 5/27/2006 | 9.3 | % | 1 | AOAC 922.06, 948.15 |
| CARBOHYDRATE<br>Analysis started on 5/27/2006 | 18.5 | % | 1 | CALC |
| CALORIES<br>Analysis started on 5/27/2006 | 171.3 | Cal/100g | 1 | CALC |
| PROTEIN<br>Analysis started on 5/27/2006 | 3.4 | % | 0.1 | AOAC 984.13 - Mod. |
| MOISTURE<br>Analysis started on 5/27/2006 | 67.4 | % | 0.1 | AOAC - MOISTURE |
| ASH<br>Analysis started on 5/27/2006 | 1.4 | % | 0.1 | AOAC 920.153 |
| SODIUM<br>Analysis started on 5/27/2006 | 321 | mg/100g | 0.05 | SW 6010 (FOODS) |

ATTORNEY WORK PRODUCT/ATTORNEY-CLIENT COMMUNICATION/PRIVILEGED

Deviations from standardized methods: None unless otherwise noted.

# ABC Research Corp.

3437 S.W. 24th Avenue  •  Gainesville, Florida 32607  •  352-372-0436  •  Fax 352-378-6483  •  visit us @ www.abcr.com

## A Better Company For Your Professional Analytical Needs

Sample Group #:  06006909
Received:   May 25 2006
Description: Dr. Praeger's Burgers & Pancakes

Finalized:   Jun 1 2006
Print Date  Jun 1 2006

MATHHEW AARONSON ESQ.
TROUTMAN SANDERS, LLP
405 LEXINGTON AVENUE
NEW YORK , NY  10174

Client #:    15596
Phone: 212-704-6006
Fax:    212-704-5901

## ANALYTICAL RESULTS

Results are representative of the sample(s) as submitted

Respectfully submitted for ABC Research


Kathy Barry
Director, Chemistry Laboratory


This report may not be reproduced except in full, without the written approval of ABC Research Corp.
Unless notified, sample disposed of within 30 days of final report.

P 0005

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6909-1 | Veggie Burger | 78 | 62.0 | 6.9 | 11.4 | 1.5 | 219 | 18.2 | 203 | 8.9 | 171 | 158 |
| 6909-2 | Broccoli Pancake, NO8BG | 38 | 70.5 | 2.8 | 10.0 | 1.6 | 348 | 15.1 | 161.6 | 3.8 | 132 | 61 |
| 6909-3 | Broccoli Pancake, RO8CE | 38 | 70.6 | 3.5 | 8.6 | 1.5 | 349 | 15.8 | 154.6 | 3.3 | 133 | 59 |
| 6909-4 | Potato Pancake, IO5CH | 40 | 64.2 | 3.2 | 12.1 | 1.4 | 337 | 19.1 | 198.1 | 4.8 | 135 | 79 |
| 6909-5 | Potato Pancake, RO6CE | 40 | 67.4 | 3.4 | 9.3 | 1.4 | 321 | 18.5 | 171.3 | 3.7 | 128 | 69 |

P 0006

# Exhibit 7



*Our Experience Is Your Protection*

# Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, California 90040-3761, Telephone (562) 928-0553 / FAX (562) 927-6625

## LABORATORY CERTIFICATE

**Submitted By:** GARDEN BURGER
15615 ALTON PARKWAY
SUITE 350
IRVINE, CA 92618
Attn :MARIA HANSELL

Date: 01/31/2006
Lab No. : 111805-C16158
Report No. : 111805-C16158B
Order No. :
Received : 11/18/2005
Page : 1 of 4

**Sample:** DR. PRAEGER'S CALIF. BURGER CLUB-SEALED BOX SS = 100 GRAMS
**Serving size used for calculations**      100.00      grams

| PROXIMATES (NUTRITIONAL) | Method | Result | Start:Dt |
|---|---|---|---|
| Moisture | AOAC 950.46, 92 | 66.47 % | 11/21/2005 |
| Protein (% Nitrogen x 6.25) | | 6.28 % | 11/21/2005 |
| Fat | | 6.77 % | 11/28/2005 |
| Ash | AOAC 923.03 (32 | 1.71 % | 11/29/2005 |
| Carbohydrate, Total (by difference) | CALCULATED RESULT | 18.77 % | |
| Calories, Total (Calculation) | CALCULATED RESULT | 161/100 g | |
| Calories From Fat (Calculation) | CALCULATED RESULT | 61/100 g | |
| Fat By Gc | AOAC 976.26 | 6.77 % | 11/28/2005 |

| CARBOHYDRATES | Method | Result | Start:Dt |
|---|---|---|---|
| Carbohydrates, Total (by difference) | CALCULATED RESULT | 18.77 % | |
| Fiber, Total Dietary | AACC 32 07 | 4.41 % | 11/28/2005 |
| Total Sugars | CALCULATED RESULT | 2.71 % | |
| : Fructose | AOAC 982.14 | 0.97 % | 11/20/2005 |
| : Glucose | AOAC 982.14 | 0.74 % | 11/20/2005 |
| : Sucrose | AOAC 982.14 | 1.00 % | 11/20/2005 |
| : Maltose | AOAC 982.14 | ** NDLT 0.10 % | 11/20/2005 |
| : Lactose | AOAC 982.14 | ** NDLT 0.10 % | 11/20/2005 |
| Other Carbohydrates | CALCULATED RESULT | 11.65 % | |

** Indicates None Detected Less Than

As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending our written approval. Results on this report relate only to the sample(s) received & analyzed

CONFIDENTIAL
DRP0006836



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, California 90040-3761, Telephone (562) 928-0553 / FAX (562) 927-6625

Lab No. : 111805-C16168
Date: 01/31/2006
Sample: DR. PRAEGER'S CALIF. BURGER CLUB-SEALED BOX SS = 100 GRAMS

Page : 2 of 4

### VITAMINS AND MINERALS (NUTRITIONAL)

| | Method | Result | Start:Dt |
|---|---|---|---|
| Vitamin A, Total | AOAC 992.04 | 2,170 IU/100g | 11/28/2005 |
| Vitamin A, As Beta Carotene | AOAC 992.04 | 2,170 IU/100g | 11/28/2005 |
| Vitamin C | AOAC 967.21 | ** NDLT 0.50 mg/100g | 11/21/2005 |
| Calcium | SM 3500 CA C | 46.70 mg/100g | 11/22/2005 |
| Iron | SM 3500 FE C | 1.74 mg/100g | 11/22/2005 |
| Sodium | SM 3500 NA C | 263.00 mg/100g | 11/23/2005 |
| | | | |
| Fatty Acid Profile: | | | |
| :Saturated Fat | AOAC 969.33 | 15.00 % | 11/28/2005 |
| :Monounsaturated | AOAC 969.33 | 55.60 % | 11/28/2005 |
| :Polyunsaturated | AOAC 969.33 | 29.40 % | 11/28/2005 |
| :Trans Fat | AOAC 41.1.28 | ** NDLT 0.01 % | 11/28/2005 |
| | | | |
| Cholesterol | AOAC 976.26GC | ** NDLT 1.00 mg/100gms | 11/28/2005 |

** Indicates None Detected Less Than

As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements, conclusions or extracts from or regarding our reports is reserved, pending our written approval. Results on this report relate only to the sample(s) received & analyzed

CONFIDENTIAL
DRP0006837



*Our Experience Is Your Protection*

## Michelson Laboratories, Inc.

6280 Chalet Drive, Commerce, California 90040-3761, Telephone (562) 928-0553 / FAX (562) 927-6625

Lab No. : 111805-C16158
Date: 01/31/2006
Sample: DR. PRAEGER'S CALIF. BURGER CLUB-SEALED BOX SS = 100 GRAMS

*Page : 3 of 4*

### NUTRITION FACTS

| | | |
|---|---|---|
| Serving Size (Household Units): | 100 | |
| Serving Size: | 100.00 g | |
| Serving per Container: | — | |

| Amount Per Serving | | |
|---|---|---|
| Calories: | 160 | |
| Calories from Fat: | 60 | |

| | | % Daily Value ++ |
|---|---|---|
| Total Fat: | 7 g | 10 % |
| : Saturated Fat | 1.0 g | 5 % |
| : Trans Fat | 0 g | |
| Cholesterol | 0 mg | 0 % |
| Sodium | 260 mg | 11 % |
| Total Carbohydrates: | 19 g | 6 % |
| : Dietary Fiber | 4 g | 18 % |
| : Sugars | 3 g | |
| Protein | 6 g | |

| | |
|---|---|
| Vitamin A | 45 % |
| Vitamin A, Beta Carotene:   # | 45 % |
| Vitamin C | 0 % |
| Calcium | 4 % |
| Iron | 10 % |

# Optional Labeling Item

As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements,
conclusions or extracts from or regarding our reports is reserved, pending our written approval. Results on this report relate only to the sample(s) received & analyzed

CONFIDENTIAL
DRP0006838



**Michelson Laboratories, Inc.**

*Our Experience Is Your Protection*

6280 Chalet Drive, Commerce, California 90040-3761, Telephone (562) 928-0553 / FAX (562) 927-6625

---

Lab No. : 111805-C16188
Date: 01/31/2006                                                                     Page : 4 of 4
Sample: DR. PRAEGER'S CALIF. BURGER CLUB-SEALED BOX SS = 100 GRAMS

++ Percent Daily Values are based on a 2,000 calorie diet. Your daily
values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less Than | 65 g | 80 g |
| Sat Fat | Less Than | 20 g | 25 g |
| Cholestrol | Less Than | 300 mg | 300 mg |
| Sodium | Less Than | 2,400 mg | 2,400 mg |
| Total Carbohydrate | | 300 g | 375 g |
| Dietary Fiber | | 25 g | 30 g |

Calories per gram:
Fat 9 - Carbohydrate 4 - Protein 4

---

PLEASE BE ADVISED

The new 'Nutritional Labeling and Education Act of 1990' has carefully
defined serving sizes to be used on all products.

We have made every effort to provide you with NUTRITION FACTS information
which complies with the new nutrition law to date. Verify for
compliance your serving size and serving(s) per container.

Ingredients:
        None Given

**MICHELSON LABORATORIES, INC.**

Maria Lopez,  Instrumentation Manager  |   1/31/2006 9:52:00 AM

(MC)      As a mutual protection to clients and ourselves, all reports are submitted as the confidential property of clients and authorization for publication of statements,
          conclusions or extracts from or regarding our reports are reserved, pending our written approval. Results on this report relate only to the sample(s) received & analyzed

CONFIDENTIAL
DRP0006839

| | Nutrition Analysis from Michelson Laboratories | Nutrition Fact from Dr. Praegar's Packaging | % Variance |
|---|---|---|---|
| Calories | 171.2 | 110 | 56% |
| Calories From Fat | 64.2 | 35 | 83% |
| Total Fat | 7.49 | 4 | 87% |
| Saturated Fat | 1.07 | 0 | 100% |
| Trans Fat | 0 | 0 | |
| Cholesterol | 0 | 0 | |
| Sodium | 278.2 | 220 | 26% |
| Total Carbohydrates | 20.33 | 12 | 69% |
| Dietary Fiber | 4.28 | 5 | -14% |
| Sugars | 3.21 | 0 | |
| Protein | 6.42 | 7 | -8% |

CONFIDENTIAL
DRP0006840

## Nutrition Facts

Serving Size 1 Burger (107g)
Serving Per Container 16

**Amount Per Serving**

Calories 110    Calories from Fat 35

| | % Daily Value* |
|---|---|
| Total Fat 4g | 6% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | 0% |
| Cholesterol 0g | 0% |
| Sodium 220mg | 9% |
| Total Carbohydrate 12g | 4% |
| Dietary Fiber 5g | 20% |
| Sugars 0g | |
| Protein 7g | |

Vitamin A 53% • Vitamin C 19%

Calcium 7% • Iron 11%

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400 |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

**Another Great**
**DR. PRAEGER'S SENSIBLE FOODS™**
Product Manufactured By:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com

### COOKING INSTRUCTIONS

**Keep Frozen Prior to Cooking.**

Oven or Toaster Oven:
Preheat oven on broil
Do not add any shortening
Broil 5-7 minutes on each side
or until browned to taste

Barbecue:
Place on barbeque until golden brown

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.
Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger



**DR. PRAEGER'S**
TODAY'S MENU FOR A
HEALTH CONSCIOUS LIFESTYLE



**Veggie®**
ROYALE

**CALIFORNIA**
BURGERS

### INGREDIENTS

Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Red Pepper, Arrowroot, Corn Starch, Garlic, Corn Meal, Salt, Parsley, Black Pepper.

 **KOSHER PARVE** Ⓤ

28274

0  80868 00110  4

Net. Wt. 60 Oz. (3.75 lb) (1.7kg)

CONFIDENTIAL
DRP0006841

Exhibit 8

## James H. Gianninoto

From:    Jeff Cohen [jeff@drpraegers.com]
Sent:    Friday, February 09, 2007 2:08 PM
To:      James H. Gianninoto
Subject: Privileged and confidential

BP12 – Broccoli pancakes, 12 oz/retail box, 12 retail boxes per master case
LCVB12 – California Veggie Burgers, 3.75lb/retail box, 12 retail boxes per master case (club packs, ie Costco)
LCVB8 – California Veggie Burgers, 4lbs/retail box, 8 retail boxes per master case (club packs, new recipe after
reformulated)
LVB12 – California Veggie Burgers, 33 oz/retail box, 12 retail boxes per master case
SP12 – Spinach pancakes, 12 oz/retail box, 12 retail boxes per master case
VB12 – California Veggie Burgers, 11 oz/retail box, 12 retail boxes per master case (I don't have the reformulation date
right now, but some may be reformulated)
VB26 – California Veggie Burgers, 11 oz/retail box, 26 retail boxes per master case (sold to Trader Joe's only)


Jeffrey D. Cohen
Chief Operating Officer
Ungar's Food Products, Inc./Dr. Praeger's Sensible Foods
9 Bournar Place
Elmwood Park, NJ 07407
Tel: (201) 703-1300 x201
Fax: (201) 703-9333

Strictly Confidential
For Counsel Only

Strictly Confidential
For Counsel Only

DRP0015453

REDACTED

# Exhibit 9

| | |
|---|---|
| From: | Dr. Porus Aria [paria@qclaboratories.com] |
| Sent: | Tuesday, February 01, 2005 11:20 AM |
| To: | Jeff Cohen |
| Subject: | Re: veggie burger |
| Attachments: | ungerL1426188-database-2.doc |

ungerL1426185-dat
abase-2.doc (...   **Checked calculations & Vitamin A comes to 40%Dv and Vit C is 35%
DV.**
**(In my database, there was an errot of vit C from peppers.) see attached.**


**Jeff Cohen wrote:**

**>Dr. Aria,**
**>**
**>Please let me have the vitamin information as soon as you can.**
**>**
**>Thanks.**
**>**
**>Jeff**
**>**
**>-----Original Message-----**
**>From: Dr. Porus Aria [mailto:paria@qclaboratories.com]**
**>Sent: Thursday, January 20, 2005 3:00 PM**
**>To: Jeff Cohen**
**>Subject: veggie burger**
**>**
**>**
**>revised report with poly & mono fat attached.**
**>**
**>To Be more accurate it is suggested that actual tests be done on the**
**>product.**
**>Regards**
**>Porus Aria.**
**>**
**>**
**>**

1

CONFIDENTIAL
DRP0001447

Exhibit 10

**From:** Ted Birkhahn [TedB@peppercom.com]

**Sent:** Friday, May 12, 2006 10:23 AM

**To:** Larry Praeger

**Cc:** Steve Cody; Charles Leone

**Subject:** Article Recap

Larry,

Here' are my general thoughts about the article in today's Record. Overall, if you take-away any and all references to the company losing money, the article is what you can expect given the situation. With that said, here are some observations and recommendations:

1) In future interviews, we should refrain from discussing how much money the company is losing due to this crisis. Since you are privately-held, it's very acceptable to say that you do not disclose financial figures.

2) During these interviews, we really need to stress early and often that you have independently tested the new product and it currently meets the AHA and FDA standards for fat, saturated fat, cholesterol and sodium. All you're currently waiting on is the result of the AHA independent test to be re-certified. This shows the reporter that the problem is fixed.

3) We need to stop debating with reporters about the severity of the increase in fat content (i.e. comparing the fat increase to that of eating a hamburger.). People buy your products because they want to eat sensibly and they expect an accurate accounting of the ingredients in what they eat. That trust has been violated and the media will want expose it. To avoid or mitigate this, we shouldn't debate them on how much fat is too much. Let's admit that we made a mistake and move on...

4) Overall, we should look at each interview as being a four part conversation: 1) Admit fault – we unknowingly increased the fat content in the veggie burgers; 2) As soon as we discovered the problem, we fixed it. We're also removing all packaging with the wrong information from store shelves; 3) We've tested the new product and it now meets AHA and FDA standards. The new product will be shipping soon.; 4) Finally, we're awaiting the results of the AHA's tests, which will determine our status of being re-certified.

Hope this helps. Monday morning quarterbacking is an easy job and it's a lot tougher for your father or anyone to actually go out and do this. But this is all part of the process and following some or all of this advice will enable us to win each interview. Let's talk about it some more before the next one.

Best,
Ted

Ted Birkhahn
Managing Director
Peppercom, Inc.
470 Park Avenue South, 5th Floor
New York, NY 10016
Tel: (212) 931-6119
Fax: (212) 208-3995
tedb@peppercom.com
http://www.peppercom.com

I invite you to visit my podcast at http://www.repmanblog.com/repchatter/

9/8/2006

CONFIDENTIAL

DRP0012654

This has been scanned by the MessageLabs Email Security System.
For information please visit http://www.messagelabs.com/email

CONFIDENTIAL

DRP0012555

Exhibit 11

David R. Gross, Esq.
James H. Gianninoto, Esq.
David A. Cohen, Esq.
SAIBER SCHLESINGER SATZ & GOLDSTEIN, LLC
One Gateway Center, 13th Floor
Newark, New Jersey 07102
(973) 622-3333

Attorneys for Defendants Ungar's Food Products, Inc.,
d/b/a Dr. Praeger's Sensible Foods and Sensible Foods
LLC d/b/a Dr. Praeger's Sensible Foods

<div align="center">

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

</div>

| | |
|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and others similarly situated, | Civil Action No.2:06-cv-02448-KSH-PS |
| Plaintiffs, | |
| -v- | |
| UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC d/b/a DR. PRAEGER'S SENSIBLE FOODS, | **DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES** |
| Defendants. | |

TO:   **TROUTMAN SANDERS LLP**
      David J. Sheehan
      Matthew J. Aaronson
      Charles P. Greenman
      The Legal Center, One Riverfront Plaza
      Newark, NJ 07102
      (973) 645-0772
      Attorneys for Plaintiffs Alexandria Elias,
      Roxanne Scher, Dolores Baez and Jennifer Tosi,
      on behalf of themselves and others similarly situated

   Defendants Ungar's Food Products, Inc. ("Ungar's") and Dr. Praeger's Sensible

Foods, n/k/a Sensible Foods LLC ("Sensible Foods"), (collectively "Defendants") hereby object

derived from the documents Defendants will produce to Plaintiffs, subject to, and following the entry of an appropriate Confidentiality Order in this action.

**Interrogatory No. 14**

14.   Set forth the date each of the Products was tested and/or analyzed for its nutritional content, including but not limited to fat and caloric content.  For each test or analysis, set forth the date and the Product tested or analyzed.

## CONFIDENTIAL – Response to Interrogatory No. 14

The Defendants repeat and reallege each and every General Objection set forth above as if set forth herein at length. The Defendants further object to this Interrogatory to the extent it seeks information subject to discovery only by the means prescribed in Rule XXX(x) of the Federal Rules of Civil Procedure, the disclosure of which is not yet required under the Scheduling Order entered by the Court on October 26th, 2006. The Defendants also object to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege, the work product doctrine, the joint interest privilege or any other applicable privilege or protection. The Defendants further object to this Interrogatory on the grounds that it is overbroad, unduly burdensome and oppressive insofar as it seeks information pertaining to products never purchased by any representative Plaintiff and/or pertaining to the period prior to the date that Defendants' Products were manufactured and/or prior to the date that any representative Plaintiff purchased Defendants' Products.

Subject to and without waiving any of the foregoing objections, the Defendants state that no laboratory testing of the nutritional content of Defendants' Products was conducted by or on behalf of Defendants until 2006 and that prior to 2006, the nutritional content of Defendants' Products for purposes of the Nutrition Facts label was calculated or analyzed by or on behalf of Defendants using information from nutritional databases and the specific quantities of the various ingredients used in the manufacture of the various Defendants' Products as changes were made to the recipes, as well as at other various times. Defendants also state that further information responsive to this Interrogatory concerning the testing or analysis of Defendants' Products in or after 2001 may be derived from the non-privileged documents that

## CONFIDENTIAL - Response to Interrogatory No. 14 cont'd.

Defendants will produce to Plaintiffs, subject to, and following the entry of an appropriate Confidentiality Order in this action.

## Interrogatory No. 15

15.     Identify the manufacturing process(es) for the Products, including but not limited to any changes made to the manufacturing process(es).

## CONFIDENTIAL - Response to Interrogatory No. 15

The Defendants repeat and reallege each and every General Objection set forth above as if set forth herein at length.  The Defendants further object to this Interrogatory on the grounds that the term "changes made to the manufacturing process(es)" is undefined, vague and ambiguous in that there have been numerous "changes" in the ingredients, recipes, manufacturing equipment or procedures in or after 2001.

Subject to and without waiving any of the foregoing objections, Defendants refer to the Response to Interrogatory 12 above, herein incorporated by reference.  The Defendants also state that further information responsive to this Interrogatory may be derived from the documents Defendants will produce to Plaintiffs, subject to, and following the entry of an appropriate Confidentiality Order in this action.

Exhibit 12



# *Analytical Results*

02/23/06 01:04pm

Regarding:

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 KINNAR PLACE
ELMWOOD PARK, NJ  07407-2615

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 KINNAR PLACE
ELMWOOD PARK, NJ  07407-2615

Account No: T01103,  UNGAR'S FOOD PRODUCTS          P.O. No:              Inv. No:
Project No: T01103,  UNGAR'S FOOD PRODUCTS

Sample Number/Description   L1870652-1  DR PRAEGER'S ALL NATURAL CALIFORNIA VEGGIE BURGERS 3.75LBS
Rec'd. Date/Time   02/03/06  11:00am
Method Analaysis   AOAC
Serving Size   1 burger (107g)

| Parameter | Per 100g | Per Serving | %DV |
|---|---|---|---|
| MOISTURE | 67.49 gms | 72.21 gms | |
| PROTEIN KJELDAHL | 6.29 gms | 6.73 gms | |
| FAT | 7.67 gms | 8.21 gms | 12.63 |
| SATURATED FAT | 1.28 gms | 1.37 gms | 6.83 |
| MONOUNSATURATED FAT | 5.15 gms | 5.51 gms | |
| POLYUNSATURATED FAT | 0.55 gms | 0.59 gms | |
| TRANS FAT | 0.00 gms | 0.00 gms | |
| ASH | 1.53 gms | 1.64 gms | |
| TOTAL CARBOHYDRATES | 17.02 gms | 18.21 gms | 6.07 |
| TOTAL DIETARY FIBER | 4.46 gms | 4.77 gms | 19.09 |
| HPLC SUGARS | 1.92 gms | 2.05 gms | |
| FRUCTOSE | 0.00 gms | | |
| GLUCOSE | 1.31 gms | | |
| SUCROSE | 0.00 gms | | |
| MALTOSE | 0.61 gms | | |
| LACTOSE | 0.00 gms | | |
| COMPLEX CARBOHYDRATES | 10.64 gms | 11.39 gms | |
| TOTAL CALORIES | 162.27 calories | 173.63 calories | |
| CALORIES FROM FAT | 69.03 calories | 73.86 calories | |
| PERCENT CALORIES FROM FAT | 42.54 % | | |
| CHOLESTEROL | 0.00 mg | 0.00 mg | 0.00 |
| RETINOL | 0.00 iu | | |
| BETA-CAROTENE | 21.23 ppm | | |
| VITAMIN A | 3524.18 iu | 3770.87 iu | 75.42 |
| VITAMIN C | 1.33 mg | 1.42 mg | 2.37 |
| SODIUM | 245.00 mg | 262.15 mg | 10.92 |
| IRON | 1.47 mg | 1.57 mg | 8.74 |
| CALCIUM | 55.70 mg | 59.60 mg | 5.96 |

Caution: Report applies only to sample tested.

Page 1 of 36                     Unserialized Copy

*Thomas J Hines*
Thomas J. Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231*

**CONFIDENTIAL**



# *Analytical Results*

02/23/06 01:04pm

Account No: T01103;  UNGAR'S FOOD PRODUCTS                    P.O. No:                    Inv. No:
Project No: T01103,  UNGAR'S FOOD PRODUCTS

Sample Number/Description  11870652-1  DR PRAEGER'S ALL NATURAL CALIFORNIA VEGGIE BURGERS 3.75LBS.
Rec'd. Date/Time  02/03/06  11:00am
Method Analysis  AOAC
Serving Size  1 burger (107g)

| Parameter | % Fat Basis | Per 100g | Per Serving |
|---|---|---|---|
| CAPROIC  (10:0) | 0.00 | 0.00 gms | 0.00 gms |
| CAPRYLIC  (8:0) | 0.00 | 0.00 gms | 0.00 gms |
| LAURIC  (12:0) | 0.00 | 0.00 gms | 0.00 gms |
| MYRISTIC  (14:0) | 0.00 | 0.00 gms | 0.00 gms |
| PALMITIC  (16:0) | 10.96 | 0.84 gms | 0.90 gms |
| PALMITOLEIC  (16:1) | 0.00 | 0.00 gms | 0.00 gms |
| STEARIC  (18:0) | 4.20 | 0.32 gms | 0.34 gms |
| OLEIC (CIS)  (18:1) | 67.18 | 5.15 gms | 5.51 gms |
| ELAIDIC (TRANS)  (18:1) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLEIC (CIS)  (18:2) | 5.86 | 0.45 gms | 0.48 gms |
| LINOLELAIDIC (TRANS)  (18:2) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLENIC  (18:3) | 1.30 | 0.10 gms | 0.11 gms |
| ARACHIDIC  (20:0) | 1.49 | 0.11 gms | 0.12 gms |
| EICOSENOIC  (20:1) | 0.00 | 0.00 gms | 0.00 gms |
| EICOSADIENOIC  (20:2) | 0.00 | 0.00 gms | 0.00 gms |
| BEHENIC  (22:0) | 0.00 | 0.00 gms | 0.00 gms |
| ERUCIC  (22:1) | 0.00 | 0.00 gms | 0.00 gms |
| LIGNOCERIC  (24:0) | 0.00 | 0.00 gms | 0.00 gms |
| | | | |
| SATURATED FAT | | 1.28 gms | 1.37 gms |
| MONOUNSATURATED FAT | | 5.15 gms | 5.51 gms |
| POLYUNSATURATED FAT | | 0.55 gms | 0.59 gms |
| TRANS FAT | | 0.00 gms | 0.00 gms |

Caution: Report applies only to sample tested.

Page 2 of 36                    Unserialized Copy

*Thomas J Hines*
Thomas J. Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231*

**CONFIDENTIAL**

DRP0015070



**Analytical Results**

Sample Number: L1870652-1    DR PRAEGER'S ALL NATURAL CALIFORNIA VEGGIE BURGERS 3.75LBS

# Nutrition Facts

Serving Size 1 burger (107g)
Servings Per Container 16

**Amount Per Serving**

**Calories 170**          Calories from Fat 70

|  | % Daily Value* |
|---|---|
| **Total Fat** 8g | 13% |
| Saturated Fat 1.5g | 7% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 260mg | 11% |
| **Total Carbohydrate** 18g | 6% |
| Dietary Fiber 5g | 19% |
| Sugars 2g | |
| **Protein** 7g | |

| Vitamin A 80% | Vitamin C 2% |
|---|---|
| Calcium 6% | Iron 8% |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9          Carbohydrate 4          Protein 4

Caution: Report applies only to sample tested.

Page 3 of 36          Unserialized Copy

*Thomas J Hines*

Thomas J. Hines, President

1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax 215-355-7231

**CONFIDENTIAL**

DRP0015071

 QC Laboratories

# *Analytical Results*

02/23/06 01:04pm

Regarding:

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BODMAR PLACE
ELMWOOD PARK, NJ  07407-2615

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BODMAR PLACE
ELMWOOD PARK, NJ  07407-2615

---

Account No: 701103,  UNGAR'S FOOD PRODUCTS
Project No: 701103,  UNGAR'S FOOD PRODUCTS

P.O. No:                    Inv. No:

Sample Number/Description   L1870660-1  CALIFORNIA VEGGIE BURGER (SAMPLE 2)
Rec'd. Date/Time   02/09/06  10:00am
Method Analaysis   AOAC
Serving Size   1 burger (107g)

| Parameter | Per 100g | Per Serving | %DV |
|---|---|---|---|
| MOISTURE | 68.69 gms | 73.50 gms | |
| PROTEIN KJELDAHL | 6.75 gms | 7.22 gms | |
| FAT | 5.62 gms | 6.01 gms | 9.25 |
| SATURATED FAT | 1.02 gms | 1.09 gms | 5.45 |
| MONOUNSATURATED FAT | 4.11 gms | 4.40 gms | |
| POLYUNSATURATED FAT | 0.44 gms | 0.48 gms | |
| TRANS FAT | 0.04 gms | 0.05 gms | |
| ASH | 1.57 gms | 1.68 gms | |
| TOTAL CARBOHYDRATES | 17.37 gms | 18.59 gms | 6.20 |
| TOTAL DIETARY FIBER | 4.24 gms | 4.54 gms | 18.15 |
| HPLC SUGARS | 3.10 gms | 3.32 gms | |
| FRUCTOSE | 0.79 gms | | |
| GLUCOSE | 0.63 gms | | |
| SUCROSE | 1.34 gms | | |
| MALTOSE | 0.35 gms | | |
| LACTOSE | 0.00 gms | | |
| COMPLEX CARBOHYDRATES | 10.03 gms | 10.73 gms | |
| TOTAL CALORIES | 147.06 calories | 157.35 calories | |
| CALORIES FROM FAT | 50.58 calories | 54.12 calories | |
| PERCENT CALORIES FROM FAT | 34.39 % | | |
| CHOLESTEROL | 0.00 mg | 0.00 mg | 0.00 |
| RETINOL | 0.00 iu | | |
| BETA-CAROTENE | 13.85 ppm | | |
| VITAMIN A | 2299.10 iu | 2460.04 iu | 49.20 |
| VITAMIN C | 2.43 mg | 2.60 mg | 4.33 |
| SODIUM | 266.00 mg | 284.62 mg | 11.86 |
| IRON | 1.51 mg | 1.62 mg | 8.98 |
| CALCIUM | 63.30 mg | 67.73 mg | 6.77 |

Caution: Report applies only to sample tested.

Unserialized Copy

*Thomas J. Hines*
Thomas J. Hines, President.

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231*

**CONFIDENTIAL**

DRP0015072



# Analytical Results

02/23/06 01:04pm

Account No: T01103,   UNGAR'S FOOD PRODUCTS
Project No: T01103,   UNGAR'S FOOD PRODUCTS

P.O. No:                          Inv. No:

Sample Number/Description   L1870660-1  CALIFORNIA VEGGIE BURGER (SAMPLE 2)
Rec'd. Date/Time   02/09/06  10:00am
Method Analysis   AOAC
Serving Size   1 burger (107g)

| Parameter | % Fat Basis | Per 100g | Per Serving |
|---|---|---|---|
| CAPROIC  (10:0) | 0.00 | 0.00 gms | 0.00 gms |
| CAPRYLIC  (8:0) | 0.00 | 0.00 gms | 0.00 gms |
| LAURIC  (12:0) | 0.00 | 0.00 gms | 0.00 gms |
| MYRISTIC  (14:0) | 0.00 | 0.00 gms | 0.00 gms |
| PALMITIC  (16:0) | 12.10 | 0.68 gms | 0.73 gms |
| PALMITOLEIC  (16:1) | 0.00 | 0.00 gms | 0.00 gms |
| STEARIC  (18:0) | 4.87 | 0.27 gms | 0.29 gms |
| OLEIC (CIS)  (18:1) | 71.57 | 4.02 gms | 4.30 gms |
| ELAIDIC (TRANS)  (18:1) | 0.78 | 0.04 gms | 0.05 gms |
| LINOLEIC (CIS)  (18:2) | 6.39 | 0.36 gms | 0.38 gms |
| LINOLELAIDIC (TRANS)  (18:2) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLENIC  (18:3) | 1.52 | 0.09 gms | 0.09 gms |
| ARACHIDIC  (20:0) | 0.60 | 0.03 gms | 0.04 gms |
| EICOSENOIC  (20:1) | 1.56 | 0.09 gms | 0.09 gms |
| EICOSADIENOIC  (20:2) | 0.00 | 0.00 gms | 0.00 gms |
| BEHENIC  (22:0) | 0.56 | 0.03 gms | 0.03 gms |
| ERUCIC  (22:1) | 0.00 | 0.00 gms | 0.00 gms |
| LIGNOCERIC  (24:0) | 0.00 | 0.00 gms | 0.00 gms |
| SATURATED FAT | | 1.02 gms | 1.09 gms |
| MONOUNSATURATED FAT | | 4.11 gms | 4.40 gms |
| POLYUNSATURATED FAT | | 0.44 gms | 0.48 gms |
| TRANS FAT | | 0.04 gms | 0.05 gms |

Caution: Report applies only to sample tested.

Page 2 of 3
3 8 of 39

Unserialized Copy

*Thomas J Hines*
Thomas J. Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514 .Phone: 215-355-3900 Fax: 215-355-7231*

CONFIDENTIAL

DRP0015073



**QC** *Laboratories*

# *Analytical Results*

Sample Number: L1870660-1    CALIFORNIA VEGGIE BURGER (SAMPLE 2)

## Nutrition Facts

Serving Size 1 burger (107g)
Servings Per Container 16

**Amount Per Serving**

| Calories 160 | Calories from Fat 50 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 6g | 9% |
| Saturated Fat 1g | 5% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 280mg | 12% |
| **Total Carbohydrate** 19g | 6% |
| Dietary Fiber 5g | 18% |
| Sugars 3g | |
| **Protein** 7g | |

| Vitamin A 50% | Vitamin C 4% |
|---|---|
| Calcium 6% | Iron 8% |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

| Fat 9 | Carbohydrate 4 | Protein 4 |
|---|---|---|

Caution: Report applies only to sample tested.

Page 3 of 3

Unserialized Copy

*Thomas J Hines*
Thomas J Hines, President

1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231

CONFIDENTIAL

DRP0015074



# *Analytical Results*

02/23/06 01:04pm

Regarding:

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BODNAR PLACE
ELMWOOD PARK, NJ 07407-2615

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BODNAR PLACE
ELMWOOD PARK, NJ 07407-2615

Account No: T01103,   UNGAR'S FOOD PRODUCTS
Project No: T01103,   UNGAR'S FOOD PRODUCTS

P.O. No:                        Inv. No:

Sample Number/Description   11870652-9  DR PRAEGER'S 12OZ BROCCOLI PANCAKES
Rec'd. Date/Time   02/03/06  11:00am
Method Analaysis   AOAC
Serving Size   1 pancake (38g)

| Parameter | Per 100g | Per Serving | %DV |
|---|---|---|---|
| MOISTURE | 71.55 gms | 27.19 gms | |
| PROTEIN KJELDAHL | 3.32 gms | 1.26 gms | |
| FAT | 8.83 gms | 3.36 gms | 5.16 |
| SATURATED FAT | 0.89 gms | 0.34 gms | 1.68 |
| MONOUNSATURATED FAT | 6.39 gms | 2.43 gms | |
| POLYUNSATURATED FAT | 1.18 gms | 0.45 gms | |
| TRANS FAT | 0.06 gms | 0.02 gms | |
| ASH | 1.57 gms | 0.60 gms | |
| TOTAL CARBOHYDRATES | 14.73 gms | 5.60 gms | 1.87 |
| TOTAL DIETARY FIBER | 1.60 gms | 0.61 gms | 2.43 |
| HPLC SUGARS | 1.03 gms | 0.39 gms | |
| FRUCTOSE | 0.00 gms | | |
| GLUCOSE | 0.00 gms | | |
| SUCROSE | 1.03 gms | | |
| MALTOSE | 0.00 gms | | |
| LACTOSE | 0.00 gms | | |
| COMPLEX CARBOHYDRATES | 12.10 gms | 4.60 gms | |
| TOTAL CALORIES | 151.67 calories | 57.63 calories | |
| CALORIES FROM FAT | 79.47 calories | 30.20 calories | |
| PERCENT CALORIES FROM FAT | 52.40 % | | |
| CHOLESTEROL | 0.00 mg | 0.00 mg | 0.00 |
| RETINOL | 0.00 iu | | |
| BETA-CAROTENE | 1.59 ppm | | |
| VITAMIN A | 263.94 iu | 100.30 iu | 2.01 |
| VITAMIN C | 5.75 mg | 2.19 mg | 3.64 |
| SODIUM | 319.00 mg | 121.22 mg | 5.05 |
| IRON | 0.50 mg | 0.19 mg | 1.04 |
| CALCIUM | 24.90 mg | 9.46 mg | 0.95 |

Caution: Report applies only to sample tested.

Unserialized Copy

*Thomas J Hines*
Thomas J Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231*

CONFIDENTIAL

DRP0015075



QC Laboratories

# Analytical Results

02/23/06 01:04pm

Account No: T01103, UNGAR'S FOOD PRODUCTS
Project No: T01103, UNGAR'S FOOD PRODUCTS

P.O. No:

Inv. No:

Sample Number/Description L1870652-9 DR PRAEGER'S 12OZ BROCCOLI PANCAKES
Rec'd. Date/Time 02/03/06 11:00am
Method Analaysis AOAC
Serving Size 1 pancake (38g)

| Parameter | % Fat Basis | Per 100g | Per Serving |
|---|---|---|---|
| CAPROIC (10:0) | 0.00 | 0.00 gms | 0.00 gms |
| CAPRYLIC (8:0) | 0.00 | 0.00 gms | 0.00 gms |
| LAURIC (12:0) | 0.00 | 0.00 gms | 0.00 gms |
| MYRISTIC (14:0) | 0.00 | 0.00 gms | 0.00 gms |
| PALMITIC (16:0) | 6.41 | 0.57 gms | 0.22 gms |
| PALMITOLEIC (16:1) | 0.00 | 0.00 gms | 0.00 gms |
| STEARIC (18:0) | 3.15 | 0.28 gms | 0.11 gms |
| OLEIC (CIS) (18:1) | 69.40 | 6.13 gms | 2.33 gms |
| ELAIDIC (TRANS) (18:1) | 0.57 | 0.05 gms | 0.02 gms |
| LINOLEIC (CIS) (18:2) | 10.97 | 0.97 gms | 0.37 gms |
| LINOLELAIDIC (TRANS) (18:2) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLENIC (18:3) | 1.00 | 0.09 gms | 0.03 gms |
| ARACHIDIC (20:0) | 0.48 | 0.04 gms | 0.02 gms |
| EICOSENOIC (20:1) | 2.98 | 0.26 gms | 0.10 gms |
| EICOSADIENOIC (20:2) | 1.43 | 0.13 gms | 0.05 gms |
| BEHENIC (22:0) | 0.00 | 0.00 gms | 0.00 gms |
| ERUCIC (22:1) | 0.00 | 0.00 gms | 0.00 gms |
| LIGNOCERIC (24:0) | 0.00 | 0.00 gms | 0.00 gms |
| SATURATED FAT | | 0.89 gms | 0.34 gms |
| MONOUNSATURATED FAT | | 6.39 gms | 2.43 gms |
| POLYUNSATURATED FAT | | 1.18 gms | 0.45 gms |
| TRANS FAT | | 0.05 gms | 0.02 gms |

Caution: Report applies only to sample tested.

Unserialized Copy

Thomas J. Hines

Thomas J. Hines, President

1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514 Phone: 215-355-3900 Fax: 215-355-7231

CONFIDENTIAL

DRP0015076

# Analytical Results

Sample Number: L1870652-9    DR. PRAEGER'S 120% BROCCOLI PANCAKES

## Nutrition Facts

Serving Size 1 pancake (38g)
Servings Per Container 9

**Amount Per Serving**

| Calories 60 | Calories from Fat 30 |
|---|---|

| | % Daily Value* |
|---|---|
| Total Fat 3.5g | 5% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 120mg | 5% |
| Total Carbohydrate 6g | 2% |
| Dietary Fiber less than 1g | 2% |
| Sugars 0g | |
| Protein 1g | |

| Vitamin A 2% | Vitamin C 4% |
|---|---|
| Calcium 0% | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your Daily Values may be higher or lower depending on your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

Fat 9      Carbohydrate 4      Protein 4

Caution: Report applies only to sample tested.

*Thomas J. Hines*
Thomas J. Hines, President

1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231

**CONFIDENTIAL**

DRP0015077



# Analytical Results

02/23/06 01:04pm

Regarding:

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BOUMAR PLACE
ELMWOOD PARK, NJ 07407-2615

DANIELLE PRAEGER
UNGAR'S FOOD PRODUCTS
9 BOUMAR PLACE
ELMWOOD PARK, NJ 07407-2615

---

Account No: T01103,  UNGAR'S FOOD PRODUCTS
Project No: T01103,  UNGAR'S FOOD PRODUCTS

P.O. No:                          Inv. No:

Sample Number/Description  L1870652-10  DR PRAEGER'S 12OZ SPINACH PANCAKES
Rec'd. Date/Time  02/03/06  11:00am
Method Analasyis  AOAC
Serving Size  1 pancake (38g)

| Parameter | Per 100g | Per Serving | %DV |
|---|---|---|---|
| MOISTURE | 69.15 gms | 26.28 gms | |
| PROTEIN KJELDAHL | 3.46 gms | 1.31 gms | |
| FAT | 9.25 gms | 3.52 gms | 5.41 |
| SATURATED FAT | 0.71 gms | 0.27 gms | 1.36 |
| MONOUNSATURATED FAT | 6.04 gms | 2.30 gms | |
| POLYUNSATURATED FAT | 2.51 gms | 0.95 gms | |
| TRANS FAT | 0.00 gms | 0.00 gms | |
| ASH | 1.74 gms | 0.66 gms | |
| TOTAL CARBOHYDRATES | 16.40 gms | 6.23 gms | 2.08 |
| TOTAL DIETARY FIBER | 1.70 gms | 0.65 gms | 2.58 |
| HPLC SUGARS | 0.61 gms | 0.23 gms | |
| FRUCTOSE | 0.61 gms | | |
| GLUCOSE | 0.00 gms | | |
| SUCROSE | 0.00 gms | | |
| MALTOSE | 0.00 gms | | |
| LACTOSE | 0.00 gms | | |
| COMPLEX CARBOHYDRATES | 14.09 gms | 5.35 gms | |
| TOTAL CALORIES | 162.69 calories | 61.82 calories | |
| CALORIES FROM FAT | 83.25 calories | 31.64 calories | |
| PERCENT CALORIES FROM FAT | 51.17 % | | |
| CHOLESTEROL | 0.00 mg | 0.00 mg | 0.00 |
| RETINOL | 0.00 iu | | |
| BETA-CAROTENE | 15.60 ppm | | |
| VITAMIN A | 2589.60 iu | 984.05 iu | 19.68 |
| VITAMIN C | 6.61 mg | 2.51 mg | 4.19 |
| SODIUM | 340.00 mg | 129.20 mg | 5.38 |
| IRON | 0.74 mg | 0.28 mg | 1.56 |
| CALCIUM | 50.40 mg | 19.15 mg | 1.92 |

Caution: Report applies only to sample tested.

Page 28 of 36                          Unserialized Copy

*Thomas J. Hines*
Thomas J. Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax· 215-355-7231*

**CONFIDENTIAL**



# *Analytical Results*

02/23/06 01:04pm

Account No: T01103,  UNGAR'S FOOD PRODUCTS
Project No: T01103,  UNGAR'S FOOD PRODUCTS

P.O. No:                              Inv. No:

Sample Number/Description   L1870652-10  DR PRAEGER'S 12OZ SPINACH PANCAKES
          Rec'd. Date/Time   02/03/06  11:00am
          Method Analysis    AOAC
          Serving Size       1 pancake (36g)

| Parameter | % Fat Basis | Per 100g | Per Serving |
|---|---|---|---|
| CAPROIC  (10:0) | 0.00 | 0.00 gms | 0.00 gms |
| CAPRYLIC  (8:0) | 0.00 | 0.00 gms | 0.00 gms |
| LAURIC  (12:0) | 0.00 | 0.00 gms | 0.00 gms |
| MYRISTIC  (14:0) | 0.00 | 0.00 gms | 0.00 gms |
| PALMITIC  (16:0) | 4.79 | 0.44 gms | 0.17 gms |
| PALMITOLEIC  (16:1) | 0.00 | 0.00 gms | 0.00 gms |
| STEARIC  (18:0) | 2.19 | 0.20 gms | 0.08 gms |
| OLEIC (CIS)  (18:1) | 64.02 | 5.92 gms | 2.25 gms |
| ELAIDIC (TRANS)  (18:1) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLEIC (CIS)  (18:2) | 19.03 | 1.76 gms | 0.67 gms |
| LINOLELAIDIC (TRANS)  (18:2) | 0.00 | 0.00 gms | 0.00 gms |
| LINOLENIC  (18:3) | 8.06 | 0.75 gms | 0.28 gms |
| ARACHIDIC  (20:0) | 0.74 | 0.07 gms | 0.03 gms |
| EICOSENOIC  (20:1) | 1.29 | 0.12 gms | 0.05 gms |
| EICOSADIENOIC  (20:2) | 0.00 | 0.00 gms | 0.00 gms |
| BEHENIC  (22:0) | 0.00 | 0.00 gms | 0.00 gms |
| ERUCIC  (22:1) | 0.00 | 0.00 gms | 0.00 gms |
| LIGNOCERIC  (24:0) | 0.00 | 0.00 gms | 0.00 gms |
| | | | |
| SATURATED FAT | | 0.71 gms | 0.27 gms |
| MONOUNSATURATED FAT | | 6.04 gms | 2.30 gms |
| POLYUNSATURATED FAT | | 2.51 gms | 0.95 gms |
| TRANS FAT | | 0.00 gms | 0.00 gms |

Caution: Report applies only to sample tested.

Page 29 of 36                     Unserialized Copy

*Thomas J. Hines*
Thomas J. Hines, President

*1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900 Fax: 215-355-7231*

**CONFIDENTIAL**

DRP0015079

 **Laboratories**

# Analytical Results

Sample Number: L1870652-10     DR FRAEGER'S 120% SPINACH PANCAKES

## Nutrition Facts

Serving Size 1 pancake (38g)
Servings Per Container 9

**Amount Per Serving**

| Calories 60 | Calories from Fat 30 |
|---|---|

| | % Daily Value* |
|---|---|
| Total Fat 3.5g | 5% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 130mg | 5% |
| Total Carbohydrate 6g | 2% |
| Dietary Fiber less than 1g | 3% |
| Sugars 0g | |
| Protein 1g | |

| Vitamin A 20% | Vitamin C 4% |
|---|---|
| Calcium 2% | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet.
Your Daily Values may be higher or lower depending on
your calorie needs.

| | Calories: | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:

| Fat 9 | Carbohydrate 4 | Protein 4 |
|---|---|---|

Caution: Report applies only to sample tested.

Page 30 of 36                    Unserialized Copy

*Thomas J. Hines*
Thomas J. Hines, President

1205 Industrial Blvd., P.O. Box 514, Southampton, PA 18966-0514  Phone: 215-355-3900  Fax: 215-355-7231

**CONFIDENTIAL**

DRP0015080

Proposed Order

TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------X

| | |
|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and all others similarly situated,    : : : : | **Civil Action No.: 2:06-cv-02448-KSH-PS** |
| Plaintiffs,    : | |
| -against-    : | **ORDER** |
| UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC d/b/a, DR. PRAEGER'S SENSIBLE FOODS,    : : : | |
| Defendants.    : | |

-------------------------------------------------------------X

THIS MATTER having come before the Court on July 9, 2007; and the Court having

considered the submissions of the parties, heard the arguments of counsel, and having found that

the requirements of Rule 23 of the Federal Rules of Civil Procedure are satisfied, and for good

cause shown;

IT IS ON THIS _____ day of _____, 2007, Ordered that

1.     The class consisting of:

All persons in the United States (the fifty states and the District of Columbia) who
purchased Dr. Praeger's California Veggie Burgers, Tex-Mex Veggie Burgers,

Broccoli Pancakes, Potato Pancakes and Spinach Pancakes during the period beginning on May 30, 2000 and ending on the date this Order is entered, excluding defendants, their parent, subsidiary and affiliated entities, any entity controlled by defendants, and the officers, directors, agents and employees of the foregoing entities and their immediate families,

is hereby certified under Rule 23 of the Federal Rules of Civil Procedure;

2.      Plaintiffs Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi are hereby appointed as representatives of the Class certified by this Order;

3.      The law firm of Troutman Sanders LLP is hereby appointed as Class Counsel;

4.      Notice to the Class shall be disseminated in accordance with a Notice Program to be submitted by Class Counsel within 30 days of the date of this Order for the Court's approval.

SO ORDERED,

_____
Honorable Katherine S. Hayden, U.S.D.J.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW NEW JERSEY
-------------------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER,
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others
similarly situated,

|                                    |   | **AFFIDAVIT OF SERVICE** |
|                                    | : | **E-FILED** |
| Plaintiffs,                        |   |   |
|                                    | : | Civil Action No.: |
|                                    |   | 2:06-cv-02448-KSH-PS |
| - against -                        |   |   |
|                                    | : |   |

UNGAR'S FOOD PRODUCTS, INC.
d/b/a DR. PRAEGER'S SENSIBLE FOODS
and SENSIBLE FOODS LLC d/b/a,
DR. PRAEGER'S SENSIBLE FOODS.

Defendants.
-------------------------------------------------------------------X

STATE OF NEW YORK      )
                       : SS.
COUNTY OF NEW YORK     )

Sarah Harris-Finkel being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age and reside in Richmond County, New York. On June 28, 2007, I served a copy of a Notice of Motion, Declaration of Matthew J. Aaronosn in Support of Plaintiff's Motion for Class Certification with Exhibits and Proposed Order by posting such documents electronically to the ECF website of the United States District Court for the District of New Jersey on all registered ECF parties in the action.

_Sarah Harris-Finkel_
Sarah Harris-Finkel

Sworn to before me this
28th day of June, 2007

_Notary Public_
Notary Public

ISIDORE ZIMERMAN
Notary Public, State of New York
No. 4805754
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires July 31, 2009