TROUTMAN SANDERS LLP
David J. Sheehan (DS 4818)
Clement H. Berne (CB 3579)
The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
(973) 645-0772

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-----------------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER,       :
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others       :       **Civil Action No.:**
similarly situated,                                              **2:06-cv-02448-KSH-PS**
                                                             :
                            Plaintiffs,
                                                             :
            -against-
                                                             :       **DECLARATION OF**
UNGAR'S FOOD PRODUCTS, INC.,                         **MATTHEW J. AARONSON**
d/b/a DR. PRAEGER'S SENSIBLE FOODS       :
and SENSIBLE FOODS LLC d/b/a,
DR. PRAEGER'S SENSIBLE FOODS,             :

                            Defendants.                :

-----------------------------------------------------------------X

MATTHEW J. AARONSON, declares, under penalties of perjury, as follows:

1.    I am a member of the firm of Troutman Sanders LLP, attorneys for plaintiffs

Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi ("plaintiffs"). I submit this

declaration pursuant to the Court's January 15, 2008 order directing Plaintiffs to provide

information regarding the submission of samples of the products at issue to ABC Research

Corporation for testing.

2.    On or about May 23, 2006, at my direction, Nanci Weisbord, a paralegal

employed by Troutman Sanders LLP, purchased the following five packages of defendants'

products at the D'Agostinos supermarket located at 578 3rd Ave, New York, NY and the

Gristedes supermarket located at 748 Second Avenue, New York, NY:

> Dr. Praeger's California Veggie Burgers (Lot Code T06BG)
> Dr. Praeger's Broccoli Pancakes (Lot Code N06BG)
> Dr. Praeger's Broccoli Pancakes (Lot Code R06CE)
> Dr. Praeger's Potato Pancakes (Lot Code I05CH)
> Dr. Praeger's Potato Pancakes (Lot Code R06CE)

3.     Immediately after the five packages identified in paragraph 2 above were

purchased, copies were made of each side of each package and the unopened packages were

placed in the freezer at Troutman Sanders LLP's office. Copies of each side of the boxes (bates

numbered P 0007- P 0036) are attached hereto as Exhibit 1.

4.     At approximately 7:30PM on May 24, 2006, I placed the five frozen unopened

packages of defendants' products identified in paragraph 2 above in a cooler with ice packs, as

directed by Katherine Barry of ABC Research Corp., and had the cooler shipped by Federal

Express for next day delivery to Ms. Barry. Attached hereto as Exhibit 2 is a copy of the

transmittal letter sent to Ms. Barry with the products identified in paragraph 2 above, along with

a copy of the Sample Submission Form submitted to ABC Research Corp. which confirms that

the five packages were received by ABC Research Corp. on May 25, 2006 and that the products

contained in the packages were frozen when they arrived.

5.     At the time I placed the five packages in the cooler, they were unopened and were

in the same condition as they had been when they were purchased the day before. During the

time these five packages were in the possession of Troutman Sanders, they were not tampered

with or altered in any manner.

6.     Because it was my understanding based upon my initial conversation with Ms.

Barry that the processes used to test the products would consume all of the samples sent to ABC

Research Corp., I did not ask Ms. Barry to retain any unused portions of the samples, as it was

my understanding that none would exist. I did however, request that ABC Research Corp. preserve the product packaging and return it to me upon completion of testing. Pursuant to this direction, the cardboard packaging of the five packages identified in paragraph 2 above was returned to Troutman Sanders, and will be made available for inspection, if requested.

7.      On or about June 18, 2006, I purchased the following two packages of defendants' products at the Waldbaum's supermarket located in Jericho, NY:

Dr. Praeger's California Veggie Burgers (Lot Code F06CB)
Dr. Praeger's Spinach Pancakes (Lot Code W05AB)

8.      Immediately after the two packages identified in paragraph 7 above were purchased, the unopened packages were placed in the freezer at my home in Jericho, NY. The next day, June 19, 2006, I placed the two packages of defendants' products in a cooler with ice packs and transported them to Troutman Sanders' office in New York, NY. Upon my arrival at Troutman Sanders' office, copies were made of each side of the two packages and the unopened packages were placed in the freezer at Troutman Sanders' office. Copies of each side of the boxes (bates numbered P 0040 – P 0051) are attached hereto as Exhibit 3.

9.      At approximately 7:30PM on June 19, 2006, I placed the two frozen unopened packages of defendants' products identified in paragraph 7 above in a cooler with ice packs, as directed by Kathy Barry of ABC Research Corp., and had the cooler shipped by Federal Express for next day delivery to Ms. Barry. Attached hereto as Exhibit 4 is a copy of the transmittal letter sent to Ms. Barry with the products identified in paragraph 7 above, along with a copy of the Sample Submission Form submitted to ABC Research Corp. which confirms that the two packages were received by ABC Research Corp. on June 20, 2006 and that the products contained in the packages were frozen when they arrived.

3

10.     At the time I placed the two packages in the cooler, they were unopened and were in the same condition as they had been when they were purchased the day before.  During the time these five packages were in the possession of Troutman Sanders, they were not tampered with or altered in any manner.

11.     Because it was my understanding based upon my initial conversation with Ms. Barry that the processes used to test the products would consume all of the samples sent to ABC Research Corp., I did not ask Ms. Barry to retain any unused portions of the samples, as it was my understanding that none would exist.  I did however, request that ABC Research Corp. preserve the product packaging and return it to me upon completion of testing.  Pursuant to this direction, the cardboard packaging of the two packages identified in paragraph 7 above was returned to Troutman Sanders, and will be made available for inspection, if requested.

12.     Lastly, at no time did I or anyone else acting on behalf of plaintiffs direct ABC Research Corp. to destroy any samples or packaging.

13.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  January 30, 2008

MATTHEW J. AARONSON

# EXHIBIT 1





P 0008

# DR. PRAEGER'S

ALL NATURAL

## california veggie burgers

### Made with Oat Bran

0g trans fat, saturated
fat & cholesterol
GMO Free

## Ingredients

Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Red Pepper, Arrowroot, Corn Starch, Garlic, Corn Meal, Salt, Parsley, Black Pepper.




American Heart Association


Dr. Praeger's Sensible Foods™
Product Manufactured by:
Indian's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com
EU# 3001237875

0  80868 00010  7



KOSHER PARVE

## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil Do not add any shortening. Broil 5-7 minutes on each side or until browned to taste.

Barbecue: Place on hot barbeque until browned brown.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life-style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!

Thank you,

Dr. Peter Praeger



## Nutrition Facts

Serving Size 1 Burger (78g)
Serving Per Container 4

| Amount Per Serving | |
|---|---|
| Calories 92 | Calories from Fat 30 |

| | % Daily Value* |
|---|---|
| Total Fat 4g | 3% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| Cholesterol 0mg | 0% |
| Sodium 190mg | 8% |
| Total Carbohydrate 9g | 4% |
| Dietary Fiber 4g | 16% |
| Sugars 0g | |
| Protein 5g | |

| Vitamin A 50% | • | Vitamin C 7% |
|---|---|---|
| Calcium 5% | • | Iron 7% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | Calories | 2,000 | 2,500 |
|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

FISHIES

ITALIAN BURGER



BROCCOLI PANCAKES

SPINACH PANCAKES

POTATO NUGGETS

TEX MEX BURGER




BOMBAY BURGER

FISH STICKS



Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL TO5BG
california
veggie burgers

4 BURGERS INDIVIDUALLY WRAPPED
NET WT. 11 OZ. (312g)

P 0009

Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

california
veggie burgers

4 BURGERS
INDIVIDUALLY WRAPPED

NET WT. 11 OZ. (312g)

P 0010

P 0011

P 0012



DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL california veggie burgers



Where you recognize all the ingredients

**DR. PRAEGER'S®**

SENSIBLE FOODS

ALL NATURAL

**broccoli
pancakes**

0g trans fat, saturated fat & cholesterol

Heart Healthy

NET WT. 12 OZ.(340g)   KEEP FROZEN   KOSHER PARVE

9 PANCAKES
INDIVIDUALLY WRAPPED

P 0013

P 0014

# DR. PRAEGER'S®

### A L L   N A T U R A L
## broccoli pancakes

**0g trans fat,
saturated fat & cholesterol**

### Ingredients

BROCCOLI, POTATOES, ONIONS, EGG WHITES,
POTATO FLAKES, EXPELLER PRESSED CANOLA
OIL, SALT, GARLIC, BLACK PEPPER.

Ⓤ KOSHER PARVE

GLUTEN FREE



Another Great
Dr. Praeger's Sensible Foods™
Product, Manufactured by:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com
EU# 3001237875

0 80868 00056 5



## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven
on broil. Do not add any shortening.
Broil 5-6 minutes on each side or until
browned to taste.

Microwave: 2 minutes each side.
Serve with sour cream or apple sauce.

Dear Valued Customer:

I believe that being healthy is a combination of genetics
and a balanced life style, including exercise and eating
sensibly. As a Cardiac Surgeon, I am concerned that my
patient maintain sensible diet habits as part of their
ongoing cardiac care.



Working with the family of a former
patient in the food business, I set out to
create great foods that are both low in
cholesterol and saturated fats, and are
free of preservatives and artificial
ingredients. The result is "Dr. Praeger's
Sensible Foods," designed to contain only
the freshest ingredients, prepared under
strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination
of taste and convenience, for a health conscious lifestyle.
Enjoy!!

Thank you,

Dr. Peter Praeger

## Nutrition Facts

Serving Size 1 Pancake (38g)
Serving Per Container 9

**Amount Per Serving**

Calories 40   Calories from Fat 20

| | % Daily Value* |
|---|---|
| **Total Fat** 3g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 130mg | 6% |
| **Total Carbohydrate** 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 0g | |
| **Protein** 1g | |

| | | |
|---|---|---|
| Vitamin A 3% | • | Vitamin C 18% |
| Calcium 1% | • | Iron 1% |

* Percent Daily Values are based on a 2,000
calorie diet. Your daily values may be higher
or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

SWEET POTATO PANCAKES

SPINACH PANCAKES

POTATO CRUSTED FISH FILLETS

POTATO PANCAKES

BOMBAY BURGER

POTATO CRUSTED FISH STICKS

POTATO CRUSTED FISHIES

ITALIAN BURGER







Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL
broccoli
pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED

NET WT.
12 OZ. (340g)

N06BG

P 0015

NET WT.
12 OZ. (340g)

**9 PANCAKES**
*INDIVIDUALLY WRAPPED*

ALL NATURAL

**broccoli**
**pancakes**

*Where you recognize all the ingredients*

**DR. PRAEGER'S®**
SENSIBLE FOODS

P 0016

P 0017



P 0018



Where you recognize all the ingredients

9 PANCAKES
INDIVIDUALLY WRAPPED

P 0019

# DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

## broccoli pancakes

0g trans fat
saturated fat & cholesterol, low sodium

 Heart Healthy

NET WT. 12 OZ. (340g)    KEEP FROZEN

KOSHER PARVE

# DR. PRAEGER'S

### ALL NATURAL

## broccoli pancakes

0g trans fat,
saturated fat & cholesterol
low sodium




**KOSHER PARVE**

### Ingredients

BROCCOLI, POTATO, ONIONS, EGG WHITES, OAT BRAN, EXPELLER PRESSED CANOLA OIL, ARROWROOT, SALT, GARLIC, PEPPER, ALL NATURAL VEGETABLE GUM.
Made in a facility that uses Wheat, Eggs and Soy.

Manufactured by:
Dr. Praeger's Sensible Foods
Elmwood Park, N.J. 07407
www.drpraegers.com
EW 300123875

0 80868 00056 5

---

### Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil. Do not add any shortening. Broil 5-6 minutes on each side or until browned to taste.

Microwave: Approximately 1 minute each side or until heated through.

Serve with sour cream or apple sauce.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life-style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is Dr. Praeger's Sensible Foods, designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger

---

## Nutrition Facts

Serving Size 1 Pancake (38g)
Serving Per Container 9

**Amount Per Serving**

Calories 60  Calories from Fat 30

| | % Daily Value* |
|---|---|
| **Total Fat** 3.5g | 5% |
| Saturated Fat 0g | 0% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 120mg | 5% |
| **Total Carbohydrate** 6g | 2% |
| Dietary Fiber less than 1g | 2% |
| Sugars 0g | |
| **Protein** 1g | |

| | | |
|---|---|---|
| Vitamin A 2% | • | Vitamin C 4% |
| Calcium 0% | • | Iron 2% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

---

SWEET POTATO PANCAKES

SPINACH PANCAKES

POTATO CRUSTED FISH FILLETS

POTATO PANCAKES

POTATO CRUSTED FISH STICKS

BOMBAY BURGER

ITALIAN BURGER

POTATO CRUSTED FISHIES








NET WT. 12 OZ. (340g)

P 0020

Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

broccoli
pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED
R06CE

NET WT.
12 OZ. (340g)

P 0021

P 0022

Where you recognize all the ingredients

# DR. PRAEGER'S®

S E N S I B L E   F O O D S

A L L   N A T U R A L

## broccoli
## pancakes

**9 PANCAKES**
INDIVIDUALLY WRAPPED

NET WT.
12 OZ. (340g)

P 0023



DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

broccoli pancakes

P 0024

P 0025





P 0026



**DR. PRAEGER'S**
QUALITY

TODAY'S MENU FOR A
HEALTH CONSCIOUS LIFESTYLE

HOMESTYLE
**POTATO PANCAKES**

### INGREDIENTS

Potatoes, Onions, Eggs, Oat Bran, Expeller Pressed Canola Oil, Arrowroot, Spices.

**KOSHER PARVE**

Another Great
**DR. PRAEGER'S SENSIBLE FOODS™**
Product Manufactured By:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraeger.com

0  80868 00012



## COOKING INSTRUCTIONS

**Keep Frozen Prior to Cooking.**

OVEN OR TOASTER OVEN
Preheat oven to broil. Do not add any shortening. Broil 5-8 minutes, on each side or until browned to taste.

MICROWAVE
2 minutes each side.

**Serve with sour cream or apple sauce**

Dear Valued Customer:
I believe that being healthy is a combination of genetics and a balanced life-style including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both non-medicinal and free of preservatives and artificial ingredients. The result is Dr. Praeger's Sensible Foods,™ designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods, is the perfect combination of taste and convenience, for a healthy conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger



## Nutrition Facts

Serving Size 1 Pancake (40g)
Serving Per Container 9

| Amount Per Serving | |
| --- | --- |
| Calories 50 | Calories from Fat 20 |

| | % Daily Value* |
| --- | --- |
| **Total Fat** 2.5g | 4% |
| Saturated Fat 0g | 1% |
| **Cholesterol** 15mg | 5% |
| **Sodium** 95mg | 4% |
| **Total Carbohydrate** 7g | 2% |
| Dietary Fiber less than 1g | 3% |
| Sugars 0g | |
| **Protein** 0g | |

| | | | |
| --- | --- | --- | --- |
| Vitamin A 0% | • | Vitamin C | 7% |
| Calcium 1% | • | Iron 3% | |

* Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
| --- | --- | --- | --- | --- |
| Total Fat | Less than | 65g | 80g |
| Sat Fat | Less than | 20g | 25g |
| Cholesterol | Less than | 300mg | 300mg |
| Sodium | Less than | 2,400mg | 2,400mg |
| Total Carbohydrate | | 300g | 375g |
| Dietary Fiber | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

SPINACH PANCAKES

BROCCOLI PANCAKE

CALIFORNIA BURGER

PIZZA BAGELS

FISH STICKS

GLUTEN FREE FISHIES

REDUCED CARB FRENCH FRIES

VEGETARIAN BURGER




















P 0027







P 0029



P 0030



Where you recognize all the ingredients

9 PANCAKES
INDIVIDUALLY WRAPPED

P 0031

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

potato
Pancakes

low in saturated fat, cholesterol
& sodium, 0g trans fat

 Heart Healthy

NET WT. 13.5 OZ. (382g)    KEEP FROZEN ❄    KOSHER PARVE

# DR. PRAEGER'S

ALL NATURAL

## potato pancakes

*low in saturated fat, cholesterol & sodium, 0g trans fat*



KOSHER PARVE

Ⓤ

Made in a facility that uses Wheat, Eggs and Soy.

### Ingredients

POTATOES, ONIONS, EGGS, OAT BRAN, EXPELLER PRESSED CANOLA OIL, ARROWROOT, SALT, GARLIC, PEPPER, ALL NATURAL VEGETABLE GUM.

Manufactured by:
Dr. Praeger's Sensible Foods™
Elmwood Park, N.J. 07407
www.drpraegers.com
EU# 3001237875

0  80868 00012  1

---

### Cooking Instructions

**Keep Frozen Prior to Cooking.**

**Oven or Toaster Oven:** Preheat oven on broil. Do not add any shortening. Broil 5-6 minutes on each side or until browned to taste.

**Microwave: Approximately 1 minute** on each side until heated through. Serve with sour cream or apple sauce.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.



Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

*Dr. Peter Praeger*

---

## Nutrition Facts

Serving Size 1 Pancake (40g)
Serving Per Container 9

| Amount Per Serving | |
|---|---|
| **Calories** 80 | Calories from Fat 45 |

| | % Daily Value* |
|---|---|
| **Total Fat** 5g | 8% |
| Saturated Fat .5g | 3% |
| *Trans* Fat 0g | |
| **Cholesterol** 10mg | 3% |
| **Sodium** 115mg | 5% |
| **Total Carbohydrate** 7g | 2% |
| Dietary Fiber less than 1g | 3% |
| Sugars 0g | |
| **Protein** 1g | |

| | | | |
|---|---|---|---|
| Vitamin A 0% | • | Vitamin C 0% | |
| Calcium 0% | • | Iron 2% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9  •  Carbohydrate 4  •  Protein 4

---

SWEET POTATO PANCAKES

BROCCOLI PANCAKES

SPINACH PANCAKES

POTATO CRUSTED FISH FILLETS

POTATO CRUSTED FISH STICKS

BOMBAY BURGER

ITALIAN BURGER

POTATO CRUSTED FISHIES







NET WT. 13.5 OZ. (382g)

P 0032

Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

potato
pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED

R06CE   NET WT.
13.5 OZ. (382g)

P 0033

**DR. PRAEGER'S®**

SENSIBLE FOODS

*Where you recognize all the ingredients*

ALL NATURAL

**potato pancakes**

**9 PANCAKES**
INDIVIDUALLY WRAPPED

NET WT.
13.5 OZ. (382g)

P 0034

P 0035



P 0036



**EXHIBIT 2**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Matthew J. Aaronson
matthew.aaronson@troutmansanders.com

Direct Dial: 212-704-6006
Fax:          212-704-5901

May 24, 2006

## BY FEDERAL EXPRESS

Ms. Kathy Barry
ABC Research Corp.
3437 S.W. 24th Avenue
Gainsville, FL  32607

      Re:     Testing of Nutritional Content

Dear Ms. Barry:

      Pursuant to our telephone conversation on May 23, 2006, enclosed please find samples of the following five frozen food products for testing:

      Dr. Praeger's California Veggie Burgers (Lot Code T06BG)
      Dr. Praeger's Broccoli Pancakes (Lot Code N06BG)
      Dr. Praeger's Broccoli Pancakes (Lot Code R06CE)
      Dr. Praeger's Potato Pancakes (Lot Code I05CH)
      Dr. Praeger's Potato Pancakes (Lot Code R06CE)

      Please note that each package must be analyzed and reported separately as the stated nutritional information differs on each package even where the products are the same.  Each report should identify the product by name and lot code.  I would like each package analyzed for their caloric, fat and sodium content per serving.  As discussed, the fee for these tests would be $119 per package.  Please advise the technician who performs the analysis that these tests may be used in litigation and that he should preserve the packaging that the products come in and arrange to have the packaging returned to my attention.

      Pursuant to your directions, we have shipped the samples in a cooler with ice packs to maintain the proper temperature of the samples.

ATLANTA • HONG KONG • LONDON • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

Ms. Kathy Barry
May 24, 2006
Page 2

Please contact me with the results of your analysis as soon as possible.

Very truly yours,

Matthew J. Aaronson

Print Form



**ABC Research Corporation**

**SAMPLE SUBMISSION FORM**

3437 S.W. 24th Ave
Gainesville, FL 32607
Tel. 352-372-0436

E-mail info@abcr.com
Website: www.abcr.com
Fax 352-378-6483

Page 1 ___ of 1 ___

| Send Results To: | Invoice To: (If Different) |
|---|---|
| Attn Matthew J. Aaronson, Esq. | Attn |
| Company: Troutman Sanders LLP | Company: |
| Address: 405 Lexington Avenue | Address: |
| New York, NY 10174 | |
| Phone: 212-704-6006 | Phone: (   ) |
| Fax: 212-704-5901 | Fax: (   ) |
| E-mail: matthew.aaronson@troutmansanders.com | E-mail: |

| | |
|---|---|
| Date Submitted: May 24, 2006 | |
| P.O. # | |
| ABC Contact: Kathy Barry | |

| Results are to be: (Check all that Apply) | Yes | No |
|---|---|---|
| FAXED | ☐ | ☐ |
| E-MAILED | ☒ | ☐ |
| MAILED | ☒ | ☐ |

**ABC Research Laboratory #** ___   **Customer #** 15596

| ABC # | Sample Analysis Identification / Description | Requested (UNLESS PRIOR ARRANGEMENTS ARE MADE, SAMPLES ARE HELD FOR 30 DAYS ONLY) | Special Instructions |
|---|---|---|---|
| 1909-1 | Dr. Praeger's California Veggie Burgers (Lot Code T06BG) 4 - 328.76g | Analyze Calories, Total fat and Sodium per serving | Preserve packaging |
| 2 | Dr. Praeger's Broccoli Pancakes (Lot Code N06BG) 9 - 320.18g | Analyze Calories, Total fat and Sodium per serving | Preserve packaging |
| 3 | Dr. Praeger's Broccoli Pancakes (Lot Code R06CE) 9 - 363.87g | Analyze Calories, Total fat and Sodium per serving | Preserve packaging |
| 4/5 | Dr. Praeger's Potato Pancakes (Lot Code I05CH) 9 - 303.43 | Analyze Calories, Total fat and Sodium per serving | Preserve packaging |
| 5 | Dr. Praeger's Potato Pancakes (Lot Code R06CE) 9 - 399.68 | Analyze Calories, Total fat and Sodium per serving | Preserve packaging |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| *LABORATORY USE ONLY* | Condition Received: *(check all that apply)* | | |
|---|---|---|---|
| Received By: M. | Frozen ☐ Refrigerated ☐ Ambient ☐ Hot ☐ | | Customer Release (Sign & Date) |
| Date: 5/25/06 | Good ☐ Poor ☐ Damaged ☐ Delayed in Shipping ☐ | | *Please note, results are only representative of the sample submitted.* |

*Use Additional Forms If Necessary*

**EXHIBIT 3**

P 0040

*where you recognize all the ingredients*

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

california
veggie burgers

*Made with Oat Bran*
*No trans fat or cholesterol*
*GMO Free*

NET WT. 11 OZ. (312g)    KEEP FROZEN

4 BURGERS
*INDIVIDUALLY WRAPPED*

KOSHER PARVE





# DR. PRAEGER'S

ALL NATURAL

## california veggie burgers

**Made with Oat Bran**

No trans fat or cholesterol

GMO Free

Manufactured by:
Dr. Praeger's Sensible Foods
Elmwood Park, N.J. 07407
www.drpraegers.com
ELU# 3001237875

### Ingredients

Carrots, Onions, String Beans, Soy Beans, Zucchini, Peas, Textured Soy Flour, Spinach, Broccoli, Oat Bran, Expeller Pressed Canola Oil, Corn, Red Peppers, Arrowroot, Corn Starch, Garlic, Corn Meal, Salt, Parsley, Black Pepper, All Natural Vegetable Gum.

**Made in a facility that uses Wheat and Eggs.**



0 80868 00101 7

P 0041



KOSHER PARVE

## Cooking Instructions

Keep Frozen Prior to Cooking. Product is fully cooked.

**Oven or Toaster Oven:** Preheat oven on broil Do not add any shortening. Broil 5-7 minutes on each side or until heated through and browned to taste.

**Barbecue:** Place on hot barbeque until golden brown.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style, including exercise and eating sensibly. As a Cardiac Surgeon I am concerned that my patients maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience, for a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger

## Nutrition Facts

Serving Size 1 Burger 2.75 oz (78g)
Serving Per Container 4

Amount Per Serving

Calories 110    Calories from Fat 40

| | % Daily Value* |
|---|---|
| **Total Fat** 4.5g | 7% |
| Saturated Fat less than 0.5g | 2% |
| *Trans* Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 190mg | 8% |
| **Total Carbohydrate** 13g | 4% |
| Dietary Fiber 3g | 12% |
| Sugars 2g | |
| **Protein** 6g | |

| | |
|---|---|
| Vitamin A 0% | Vitamin C 0% |
| Calcium 6% | Iron 10% |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4

NET WT. 11 OZ. (312g)

ITALIAN BURGER



FISHIES

SPINACH PANCAKES



BROCCOLI PANCAKES

TEX MEX BURGER



POTATO NUGGETS



FISH STICKS



BOMBAY BURGER

Where you recognize all the ingredients

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL
california
veggie burgers

F06CB

*4 BURGERS*
INDIVIDUALLY WRAPPED

NET WT. 11 OZ. (312g)

P 0042

*Where you recognize all the ingredients*

# DR. PRAEGER'S®

SENSIBLE FOODS

A L L   N A T U R A L

## california
## veggie burgers

**4 BURGERS**
INDIVIDUALLY WRAPPED

NET WT. 11 OZ (312g)

P 0043

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

californiaveggieburgers

P 0044

P 0045

P 0046

*where you recognize all the ingredients*

# DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

## spinach
## pancakes

*0g trans fat, saturated fat & cholesterol*

 Heart Healthy

NET WT. 12 OZ. (340g)   KEEP FROZEN   Ⓤ    KOSHER PARVE

9 PANCAKES
INDIVIDUALLY WRAPPED

P 0047

# DR. PRAEGER'S

ALL NATURAL

## spinach pancakes

0g trans fat, saturated fat & cholesterol

KOSHER PARVE

### Ingredients

SPINACH, POTATOES, ONIONS, EGG WHITES, POTATO FLAKES, EXPELLER PRESSED CANOLA OIL, SALT, GARLIC, PEPPER.

Another Great
**Dr. Praeger's Sensible Foods™**
Product Manufactured by:
Ungar's Food Products
Elmwood Park, N.J. 07407
www.drpraegers.com
EU# 3001237075

0 80868 00055 8

GLUTEN FREE

## Cooking Instructions

Keep Frozen Prior to Cooking.

Oven or Toaster Oven: Preheat oven on broil. Do not add any shortening. Broil 5-6 minutes on each side or until browned to taste.

Microwave:2 minutes each side.
Serve with sour cream or apple sauce.

Dear Valued Customer:

I believe that being healthy is a combination of genetics and a balanced life style. Including exercise and eating sensibly. As a Cardiac Surgeon, I am concerned that my patient maintain sensible diet habits as part of their ongoing cardiac care.

Working with the family of a former patient in the food business, I set out to create great foods that are both low in cholesterol and saturated fats, and are free of preservatives and artificial ingredients. The result is "Dr. Praeger's Sensible Foods," designed to contain only the freshest ingredients, prepared under strict kosher supervision.

Dr. Praeger's Sensible Foods is the perfect combination of taste and convenience. For a health conscious lifestyle. Enjoy!!

Thank you,

Dr. Peter Praeger

## Nutrition Facts

Serving Size 1 Pancake (98g)
Serving Per Container 9

| Amount Per Serving | |
|---|---|
| Calories 40 | Calories from Fat 20 |

| | % Daily Value* |
|---|---|
| **Total Fat** 2g | 3% |
| Saturated Fat 0g | 1% |
| Trans Fat 0g | |
| **Cholesterol** 0mg | 0% |
| **Sodium** 130mg | 6% |
| **Total Carbohydrate** 5g | 2% |
| Dietary Fiber <1g | 3% |
| Sugars 0g | |
| **Protein** 1g | |

| | | | |
|---|---|---|---|
| Vitamin A 31% | | Vitamin C 9% | |
| Calcium 2% | | Iron 2% | |

*Percent Daily Values are based on a 2,000 calorie diet. Your daily values may be higher or lower depending on your calorie needs:

| | | Calories | 2,000 | 2,500 |
|---|---|---|---|---|
| Total Fat | Less than | | 65g | 80g |
| Sat Fat | Less than | | 20g | 25g |
| Cholesterol | Less than | | 300mg | 300mg |
| Sodium | Less than | | 2,400mg | 2,400mg |
| Total Carbohydrate | | | 300g | 375g |
| Dietary Fiber | | | 25g | 30g |

Calories per gram:
Fat 9 • Carbohydrate 4 • Protein 4



SWEET POTATO PANCAKES



BROCCOLI PANCAKES




Panko Crusted
FISH FILLETS



POTATO PANCAKES



Potato Crusted
FISH STICKS




BOMBAY BURGER



Potato Crusted
FISHIES

ITALIAN BURGER

Where you recognize all the ingredients

DR.PRAEGER'S®

SENSIBLE FOODS

A L L   N A T U R A L
spinach
pancakes

9 PANCAKES
INDIVIDUALLY WRAPPED

WO5AB

NET WT.
12 OZ. (340g)

P 0048

**9 PANCAKES**
*INDIVIDUALLY WRAPPED*

NET WT.
12 OZ. (340g)

P 0049

*Where you recognize all the ingredients*

A L L   N A T U R A L

spinach
pancakes

DR. PRAEGER'S®

S E N S I B L E   F O O D S

DR. PRAEGER'S®

SENSIBLE FOODS

ALL NATURAL

spinach pancakes

P 0050



P 0051

**EXHIBIT 4**

# TROUTMAN SANDERS LLP

### ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE CHRYSLER BUILDING
405 LEXINGTON AVENUE
NEW YORK, NEW YORK 10174
www.troutmansanders.com
TELEPHONE: 212-704-6000
FACSIMILE: 212-704-6288

Matthew J. Aaronson
matthew.aaronson@troutmansanders.com

Direct Dial: 212-704-6006
Fax:       212-704-5901

June 19, 2006

**BY FEDERAL EXPRESS**

Ms. Kathy Barry
ABC Research Corp.
3437 S.W. 24th Avenue
Gainsville, FL  32607

Re:    Testing of Nutritional Content

Dear Ms. Barry:

Enclosed please find samples of the following two frozen food products for testing:

Dr. Praeger's California Veggie Burgers (Lot Code F06CB)
Dr. Praeger's Spinach Pancakes (Lot Code W05AB)

Please note that each package must be analyzed and reported separately. Each report should identify the product by name and lot code. I would like each package analyzed for their caloric, fat and sodium content per serving. Enclosed please find a check in the amount of $238, representing the $119 testing fee per package.

Please advise the technician who performs the analysis that these tests may be used in litigation and that he/she should preserve the packaging that the products come in and arrange to have the packaging returned to my attention.

Pursuant to your directions, we have shipped the samples in a cooler with ice packs to maintain the proper temperature of the samples.

Please contact me with the results of your analysis as soon as possible.

Very truly yours,

Matthew J. Aaronson

enclosures

ATLANTA • HONG KONG • LONDON • NEW YORK • NORFOLK • RALEIGH
RICHMOND • TYSONS CORNER • VIRGINIA BEACH • WASHINGTON, D.C.

Print Form

# ABC Research Corporation

## SAMPLE SUBMISSION FORM

3437 S.W. 24th Ave
Gainesville, FL 32607
Tel. 352-372-0436

E-mail info@abcr.com
Website: www.abcr.com
Fax 352-378-6483

Page 1 _____ of 1

**Send Results To:**

| | |
|---|---|
| Attn | Matthew J. Aaronson, Esq. |
| Company: | Troutman Sanders LLP |
| Address: | 405 Lexington Avenue |
| | New York, NY 10174 |
| Phone: | 212-704-6006 |
| Fax: | 212-704-5901 |
| E-mail: | matthew.aaronson@troutmansanders.com |

**Invoice To: (If Different)**

| | |
|---|---|
| Attn | |
| Company: | |
| Address: | |
| Phone: ( ) | |
| Fax: ( ) | |
| E-mail: | |

Date Submitted: June 19, 2006
P.O. #
ABC Contact: Kathy Barry

**Results are to be: (Check all that Apply)**

| | Yes | No |
|---|---|---|
| FAXED | | |
| E-MAILED (Kathy Barry) | ☒ | |
| MAILED | ☒ | |

ABC Research Laboratory #   Customer #

| ABC # | Sample Analysis Identification / Description | Requested (UNLESS PRIOR ARRANGEMENTS ARE MADE, SAMPLES ARE HELD FOR 30 DAYS ONLY) | Special Instructions |
|---|---|---|---|
| | Dr. Praeger's California Veggie Burgers (Lot Code F06CB) | Analyze Calories, Total fat and Sodium per serving | Preserve packaging  324.00 |
| | Dr. Praeger's Spinach Pancakes (Lot Code W05AB) | Analyze Calories, Total fat and Sodium per serving | Preserve packaging  378.26 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**LABORATORY USE ONLY**
Received By: ____
Date: 6/20/06

**Condition Received:** (check all that apply)
Frozen☐  Refrigerated☐  Ambient☐  Hot☐
Good☐  Poor☐  Damaged☐  Delayed in Shipping☐

*Use Additional Forms If Necessary*

**Customer Release (Sign & Date)**
*Please note, results are only representative of the sample submitted.