UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ALEXANDRIA ELIAS | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 06-2448(KSH) |
| v. | : | |
| | : | |
| UNGAR'S FOOD PRODUCTS, INC. | : | ORDER ON INFORMAL |
| | : | APPLICATION |
| | : | |
| Defendants. | : | |

This matter having come before the Court by way of submission dated February 15, 2008, regarding the defendants' request for leave to conduct additional discovery or obtain a supplemental declaration from Mr. Aronson and regarding their potential request for a hearing on alleged spoliation; and the Court having conducted a telephone conference on the record on February 20, 2008; and the Court having considered the submission, arguments, and representations of the parties; and for the reasons set forth on the record; and for good cause shown,

IT IS on this 20th day of February, 2008

ORDERED that, no later than **February 27, 2008**, the parties shall advise the Court as to whether or not the defendants are requesting that the Court convene a spoliation hearing on whether or not plaintiff's laboratory's failure to retain samples of the tested products warrants a sanction of an adverse inference instruction or preclusion of evidence concerning the results of such testing;

IT IS FURTHER ORDERED that, no later than **March 5, 2008,** Mr. Aronson shall provide a supplemental declaration that addresses the following topics set forth in the email dated February 5, 2008: Topic Nos. 1, 4, 5, 7, and 9; and

IT IS FURTHER ORDERED that all other terms of the Final Pretrial Order dated January 15, 2008 shall remain in full force and effect.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE