## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **ALEXANDRIA ELIAS, ET AL.** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action No. 06-2448(KSH)** |
| v. | : | |
| | : | |
| **UNGAR'S FOOD PRODUCTS, INC.,** | : | **ORDER ON INFORMAL** |
| **ET AL.** | : | **APPLICATION** |
| | : | |
| **Defendants.** | : | |

This matter having come before the Court by way of letter dated February 25, 2008,

regarding plaintiffs' request to amend their exhibit list to include documents reflecting sales

figures; and the Court being telephonically advised on March 6, 2008, that the defendants

consent to this request; and the documents having been disclosed after the Final Pretrial

Conference; and the plaintiffs having justified their request to amend the joint proposed final

pretrial order that was submitted to include these exhibits;

IT IS on this 6th day of March, 2008

ORDERED that the plaintiffs' request to replace the exhibit list submitted with the joint

proposed final pretrial order with the Defendant's Amended Propose Exhibit List is granted.

s/Patty Shwartz
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ALEXANDRIA ELIAS, ROXANNE SCHER,  :
DOLORES BAEZ and JENNIFER TOSI,  :
on behalf of themselves and all others  :  Civil Action No. 2:06-cv-02448-KSH-PS
similarly situated,  :
                Plaintiff(s),  :  Hon. Katherine S. Hayden, U.S.D.J.
      -v.-  :
UNGAR'S FOOD PRODUCTS, INC.  :  **FINAL PRETRIAL ORDER**
d/b/a DR. PRAEGER'S SENSIBLE FOODS  :
and SENSIBLE FOODS LLC d/b/a,  :  Trial Date:_____
DR. PRAEGER'S SENSIBLE FOODS.  :
                   :
           Defendants.  :

<u>PLAINTIFFS' AMENDED PROPOSED TRIAL EXHIBITS</u>

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 1 | Letter from J.E. Nassar at Nextphase to Joe Ragusa re: Dr. Praeger's (sent via E-mail) | 24-Apr-06 | CWC 0045 – 46 |
| 2 | E-mail from Dino Ortolan to Jim Kenyon, Dorothy Burdge, Kevin Jones, Tony Rizzo, Amy Becker, Dennis Sugimoto, Ken Kimble, Tracy Mauldin-Avery, Bob Stevenson, Steve Rudd and Luciano Mandolese re: Dr. Praeger's | 28-Apr-06 | CWC 0071 |
| 3 | Letter from J.E. Nassar at Nextphase to Dino Ortolan re: Dr. Praeger's, cc'ing Y. Greenfield and L. Luckenbaugh (unsigned) | 17-Apr-06 | CWC 0088 – 89 |
| 4 | Letter from Joe Nassar to Dino Ortolan re: Dr. Praeger's Update 5/04/2006 (sent via e-mail) | 4-May-06 | CWC 0105 – 06 |
| 5 | E-mail from Antigoni Pappas to Larry Praeger cc'ing JW Dewbre and Wilma Davis re: Tex-Mex Veggie Burger – Total Fat content (E-mail string attached) | 24-May-06 | DRP0000068 – 71 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 6 | E-mail from Wilma Davis to Larry Praeger cc'ing Antigoni Pappas and Wilma Davis re: Fw: California Veggie Burger #2 & #3 – Results Summary: 6 samples: Received 5/16/08 (lists results for two individual California Veggie Burgers) | 19-May-06 | DRP0000097 – 99 |
| 7 | E-mail from Larry Praeger to himself re: Fw: California Veggie Burger  (message "forward to Peppercom")(e-mail string attached) | 4-May-06 | DRP0000310 – 13 |
| 8 | E-mail from Wilma Davis to Peter and Larry Praeger cc'ing Antigoni Pappas, Wilma Davis and JW Dewbre re: Urgent Action: California Veggie Burgers (e-mail string attached) | 5-May-06 | DRP0000317 - 19 |
| 9 | E-mail from Joe@nxtphz to Larry Praeger re: Here's part of it. Follow link for rest (Star Ledger Article) | 3-May-06 | DRP0000341 - 46 |
| 10 | E-mail from Wilma Davis to Larry Praeger cc'ing Wilma Davis re: AHA/Praeger: Recap of 4/28/06 phone conversation (E-mail string attached) | 2-May-06 | DRP0000354 - 55 |
| 11 | E-mail from Wilma Davis to Peter Praeger and Larry Praeger cc'ing Antigoni Pappas, Sherry Nelson and Wilma Davis re: URGENT: Veggie Burger Compliance & News Inquiry | 13-Apr-06 | DRP0000359 |
| 12 | E-mail from Wilma Davis to Larry Praeger cc'ing Kimberly Pruitt re: Ungar's New Packaging – Cali VB (e-mail string attached) | 23-Mar-06 | DRP0000378 – 379 |
| 13 | E-mail from Jeff Cohen to Anthony Criscuolo cc'ing Larry Praeger re: Letter to distributors attaching draft of same | 10-May-06 | DRP0000391 - 392 |
| 14 | E-mails between Jeff Cohen and Danielle Praeger re: Potato pancake boxes | 20-Mar-06 | DRP0000730 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 15 | E-mail from Larry Praeger (to Customer) re: Veggie Burgers (apologizing for "any inconvenience …due to the situation regarding our Veggie Burgers) | 17-May-06 | DRP0000764 |
| 16 | E-mail from Ellen Somberg to Jeff Cohen re: Fw: Tex Mex burger (forwarding email from customer) | 6-Oct-04 | DRP0001513 |
| 17 | E-mail from Sanipure Labs to Larry Praeger and Danielle Praeger attaching certificates for Tex Mex and California Veggie Burgers | 15-Jun-06 | DRP0001757 - 61 |
| 18 | E-mail from Larry Praeger to JW Dewbre and Peter Praeger cc'ing Wilma Davis, Antigoni Pappas, Kimberly Pruitt and Larry Praeger re: California Veggie Burger (E-mail string attached) | 5-May-06 | DRP0002631 – 33 |
| 19 | Customer E-mail to Ellen Somberg | 26-May-06 | DRP0002909 - 10 |
| 20 | E-mail from Danielle Praeger to Larry Praeger, Jeff Cohen, Adam Somberg and nuci@aol re: Pancake boxes | 15-Mar-06 | DRP0003327 |
| 21 | E-mail from Danielle Praeger to Ellen Somberg, Adam Somberg and Jeff Cohen attaching box copies  re: Can you guys take a quick look at these. PLEASE!! I will check the nutritional. (E-mail string attached) | 15-Mar-06 | DRP0003328 - 35 |
| 22 | Customer E-mail to Ellen Somberg (forwarded to Jeff Cohen) | 7-Feb-05 | DRP0003356 - 57 |
| 23 | Customer E-mail to Ellen Somberg (forwarded to Larry Praeger and Jeff Cohen) | 11-Jan-05 | DRP0003360 |
| 24 | E-mail from Larry Praeger to Antigoni Pappas, Wilma Davis and JW Dewbre attaching Oat Fiber information; California Veggie Burger info; Tex Mex VB info, Cal Burger VB rev4; TexMexBurgerRev5; 4ctCalifornRev5 | 12-Jun-06 | DRP0003420 – 26 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 25 | E-mail from Larry Praeger to Richard Baltierra attaching Press Release version 5 – "Dr. Praeger's announces Status of New Veggie Burgers" | 15-May-06 | DRP0003470 – 71 |
| 26 | E-mail from Sanipure (Ronald Schnitzer) to Larry Praeger and Danielle Praeger re: 4oz Veggie Burger attaching nutritional analysis for new 4oz Portion pattie – Cali. VB | 8-May-06 | DRP0003486 – 90 |
| 27 | E-mail from don@nxtphz to lmnelson@costco cc'ing jkncyon@ Costco, Larry Praeger, Joe@nxtphz and Lisa Luckenbaugh re: Dr. Praeger's, attaching letters sent to regional buyers and Audit of Records Review | 8-May-06 | DRP0003491 - 97 |
| 28 | E-mail from Nema Frye to Danielle Praeger re: Dr. Praeger's Sensible Foods (nutritional info and WW points)(e-mail string attached) | 9-Jun-06 | DRP0003574 - 76 |
| 29 | E-mail from Larry Praeger to Danielle Praeger re: Dr. Praeger's Sensible Foods (and weight watchers) (e-mail string attached) | 1-Jun-06 | DRP0003592 - 93 |
| 30 | E-mail from Larry Praeger to Danielle Praeger (forwarding E-mail from Wilma Davis) re: California Veggie Burger-Samples for Test (e-mail string attached) | 4-May-06 | DRP0003603 – 07 |
| 31 | E-mail from Larry Praeger to Danielle Praeger re: Health Check (food info program) (e-mail string attached) | 8-Jun-06 | DRP0003663 - 64 |
| 32 | E-mails between Adam Somberg and Jeff Cohen re: recipes | 6-Dec-05 | DRP0003738 – 39 |
| 33 | E-mail from Dr. Porus Aria to Danielle Praeger re: sample received today | 9-Feb-06 | DRP0004379 |
| 34 | Customer E-mail to Ellen Somberg (with response) | 24-May-06 | DRP0004414 |
| 35 | Customer E-mail to Ellen Somberg (with response) | 17-May-06 | DRP0004421 - 23 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 36 | Customer E-mail to Ellen Somberg (with response) | 21-Jun-06 | DRP0004433 |
| 37 | Customer E-mail to Ellen Somberg (with response) | 6-Jun-06 | DRP0004457 -- 58 |
| 38 | Customer E-mail to Ellen Somberg (with response) | 31-May-06 | DRP0004467 |
| 39 | Customer E-mail to Ellen Somberg (with response) | 31-May-06 | DRP0004534 -- 36 |
| 40 | Customer E-mail to Ellen Somberg (with response) | 10-Mar-06 | DRP0004594 |
| 41 | Customer E-mail to Ellen Somberg | 7-Mar-06 | DRP0004597 |
| 42 | Customer E-mail from Ellen Somberg (with response) | 6-Jan-06 | DRP0004605 |
| 43 | Michelson Laboratories Lab Certificate to Danielle Praeger re: California Veggie Burger | 13-Jun-06 | DRP0004618 |
| 44 | E-mails between Antigoni Pappas and Larry Praeger cc'ing JW Dewbre and Wilma Davis re: Tex-Mex Veggie Burger – Total Fat Content | 24-May-06 | DRP0004630 -- 34 |
| 45 | Letter from Larry Praeger to "Valued Customer" re: Urgent: Food Recall Dr. Praeger's California Veggie Burger and Tex-Mex Burgers | 11-May-06 | DRP0004708 |
| 46 | E-mail from Bob Krieger to LarryPraeger re: Dr. Praeger Recall forwarding e-mail from Lyn Wilson to goodchoice@verison and attaching article and e-mail comment from Gardenburger | 15-May-06 | DRP0004719 -- 22 |
| 47 | E-mail from Don@nxtphz to lmnelson@costco, cc'ing jkenyon@costco, Larry Praeger, joe@nxtphz and Lisa Luckenbaugh re: Dr. Praeger's attaching Dr. Praeger letter to Costco | 6-May-06 | DRP0004735 -37 |
| 48 | E-mail from Tina Crozier to Matt; Don; Joe cc'ing Lisa; Greg; Mark Bookman; and Larry Praeger re: Dr. Praeger's California Veggie Burger – Heads Up! | 8-Mar-06 | DRP0004780 -- 81 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 49 | E-mail from Jeff Cohen to David Cohen re: Draft letter for FDA review attaching two draft letter to distributors | 11-May-06 | DRP0004867 – 71 |
| 50 | E-mail from Danielle Praeger to Larry Praeger re: Gardenburger | 26-Apr-06 | DRP0005104 |
| 51 | E-mail from Sanipure Labs (Ronald Schnitzer) to Larry Praeger re: Fat Results attaching Fat results for Spinach pancakes | 7-Apr-06 | DRP0005106 - 10 |
| 52 | E-mail from Jeff Cohen to Edward Stichweh; Larry Praeger; Fred Elfenbein re: Revised California Burger | 12-Jul-04 | DRP0005117 - 8 |
| 53 | E-mail from Jeff Cohen to Fred Elfenbein cc'ing Larry Praeger re: Veggie Burger boxes | 2-Jul-04 | DRP0005119 |
| 54 | E-mail from Larry Praeger to Richard Baltierra re: Nutritional Information & Current PO's (e-mail string attached) | 14-Mar-06 | DRP0005404 -5 |
| 55 | E-mail from Sani-Pure labs to Larry and Danielle Praeger re: Emailing:Veggie Burgers revised attaching Nutrition Facts for California Veggie Burgers | 12-Jun-06 | DRP0005720 - 22 |
| 56 | E-mail from Greg to Mike; Joe Nassar and Larry Praeger cc'ing Don; Matt; Lisa re: Costco Letter (e-mail string attached) | 29-Mar-06 | DRP0005744 – 6 |
| 57 | E-mails from Jeff Cohen to Fred Elfenbein re: Fw: Costco California VB box | 7-Jul-04 | DRP0006366 |
| 58 | E-mails between Larry Praeger and Danielle Praeger re: Logo file attached (e-mail string attached) | 8-Mar-06 | DRP0006459 – 61 |
| 59 | E-mail from Larry Praeger to Jeff Cohen re: Banner PDF | 30-Apr-04 | DRP0006529 |
| 60 | E-mail from George Kellner to Steve Bell, Mike Freal and Melinda Dwyer re: Costco # 10681 Dr. Praeger's Sensible Foods Elmwood Park NJ 111705 | 22-Nov-05 | DRP0006537 – 38 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 61 | E-mail from Dr. Porus Aria to Jeff Cohen re: Veggie Burger attaching results for veggie burger | 1-Feb-05 | DRP0006596 – 7 |
| 62 | E-mail from Larry Praeger to Danielle Praeger forwarding e-mail from Travis Hubbard at Harristeeter re: Dr. Praegers attaching Michelson Lab certificates for Dr. Praeger's California Burger (submitted by Gardenburger) | 31-May-06 | DRP0006834 - 41 |
| 63 | E-mail from Dr. Porus Aria to Jeff Cohen re: Ingredients | 8-Sep-04 | DRP0007155 - 56 Deposition Ex. QC-6 |
| 64 | E-mail RHMeerEMC@aol to nuci@aol and Sombelle@aol cc'ing Larry Praeger, Adam Somberg and Jeff Cohen re: Bergen Record Article – Corrective action to be taken | 12-May-06 | DRP0007211 – 12 |
| 65 | E-mail from Joe Nassar to Dennis Sugimoto; Lisa Luckenbaugh and Joe Nassar cc'ing Doris Harley, Danny Payne and Larry Praeger re: Dr. Praeger's (e-mail string attached) | 6-Apr-06 | DRP0007228 - 32 |
| 66 | Letter from Dr. Praeger's to Costco Buyer | | DRP0007242- 0007243 |
| 67 | E-mail from Larry Praeger to John Nolan (SellEthics.com) re: Dr. Praeger's (e-mail string attached) | 7-Feb-06 | DRP0007252 - 53 |
| 68 | E-mail from Larry Praeger to Matt cc'ing Tina Crozier; and Mark (Bookman) re: Sam's (e-mail string attached) | 17-May-06 | DRP0007383 – 84 |
| 69 | E-mail from Larry Praeger to A Mochizuki (Trader Joe's) cc'ing Richard Baltierra re: Revised (Dr. Praeger's Sensible Foods Statement to All Trader Joe's Customers) | 16-May-06 | DRP0007395 |
| 70 | E-mail from Joe Nassar to Deb Rohr cc'ing Larry Praeger; Don; Matt and Lisa Luckenbaugh re: Dr. Praeger Vitamin content | 6-Apr-06 | DRP0007530 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 71 | E-mail from access@fda (FDA-Department of Health and Human Services) re: Registration cancelled | 7-Jun-06 | DRP0007586 |
| 72 | E-mail from Larry Praeger to Anthony Criscuolo cc'ing Jeff Cohen | 18-May-06 | DRP0007599 – 600 |
| 73 | E-mail from Sanipure Labs to Larry Praeger and Danielle Praeger re: Italian Veggie Burgers Revised attaching nutrition facts re: Italian VB and Bombay VB | June 14, 2006 | DRP0007676 – 78 |
| 74 | E-mail from Sani-Pure labs to Larry and Danielle Praeger re: Edited NLEA Form attaching Nutrition Facts for California Veggie Burger | 8-Jun-06 | DRP0007695 - 96 |
| 75 | E-mail from Larry Praeger to Danielle Praeger re: Dr. Praeger AHA Approval/mock up packaging (e-mail string attached) | 7-Jun-06 | DRP0007706 - 08 |
| 76 | E-mail from Sanipure Labs (Ronald Schnitzer) to Larry Praeger cc'ing Danielle Praeger; nugget975@aol re: Veggie burger with Veg case attaching results for veggie burger with veg case | 21-Mar-06 | DRP0008013 – 17 |
| 77 | E-mail from Sanipure Labs to Larry Praeger cc'ing Danielle Praeger; nugget975@aol attaching Low Carb veggie burger reports | 21-Mar-06 | DRP0008018 - 22 |
| 78 | E-mails between  Dr. Porus Aria and Danielle Praeger re: Veg Burger | 27-Feb-06 | DRP0008135 - 36 QC-24 |
| 79 | E-mail from Dr. Porus Aria to Danielle Praeger re: Veg burger (e-mail string attached) | 24-Feb-06 | DRP0008138 – 39 |
| 80 | E-mails between Dr. Porus Aria and Danielle Praeger re: Veg burger | 24-Feb-06 | DRP0008144 |
| 81 | E-mail from Dr. Porus Aria to Jeff Cohen re: Veggie Burger attaching revised report with poly and mono fat attached | 20-Jan-05 | DRP0008387 – 89 |

8

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 82 | E-mail from Jeff Cohen to Dr. Porus Aria re: Analytical results for Lab No. L1426186 Veggie Burger (96g) | 20-Jan-05 | DRP0008390 |
| 83 | Email exchange between Dr. Praeger, Jeff Cohen, and Fred Elfenbein @ The Standard Group | 3-Jan-05 | DRP0008410 |
| 84 | E-mail from Jeff Cohen to Dr. Porus Aria re: 96gram veggie burger calculation | 28-Sep-04 | DRP0008461 Deposition Ex. QC-13 |
| 85 | E-mails between Jeff Cohen and Fred Elfenbein re: 2 PDF's | 12-Jul-04 | DRP0008481 |
| 86 | E-mail from Jeff Cohen to nuci@aol re: Veggie burger box attaching listing of nutritional and ingredient info for 4oz veggie burger | 1-Jul-04 | DRP0008493 – 99 |
| 87 | E-mail from Don O'Neill to Larry Praeger cc'ing Lisa and Joe re: Ingredient Percentages | 2-Jan-04 | DRP0008781 |
| 88 | E-mails between Larry Praeger and Danielle Praeger (and Fred Elfenbein) re: pancake boxes | 20-Mar-06 | DRP0008794 – 97 |
| 89 | E-mail from Sani-Pure labs to Larry and Danielle Praeger re: Emailing:Call Veggie Burgers attaching Lab Certificates for California Veggie Burgers | 23-May-06 | DRP0008809 - 19 |
| 90 | E-mail from L. Wiletsky to Larry Praeger and bigstick@optonline re: Larry Praeger, check out this article at the Jewish Week! | 15-Apr-05 | DRP0009330 – 34 |
| 91 | Invoice from Winston Laboratories to Dr. Peter Praeger re: Report on steps which can be taken to lessen the break-up of the cali. VB when thawed attaching Report (re: same) and July 10, 2002 Letter from QC Inc. to Dr. Peter Praeger re" Dr. Praeger's California Veggie Burgers | 26-Jul-02 | DRP0010082 - 89 |
| 92 | E-mail from Ted Birkhahn to Larry Praeger cc'ing Steve Cody and Charles Leone re: Article recap | 12-May-06 | DRP0012654 – 55 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 93 | Letter from Douglas Ellsworth at the Department of Health and Human Services to Dr. Peter Praeger re: Recall No. F-3133/314-6 | 11-Sep-06 | DRP0012877 - 78 Ex. 38 to Jeff Cohen Certification |
| 94 | Dr. Praeger Timeline of ingredient use | N/A | DRP0012900 |
| 95 | 2/24/06 Dr. Praeger's All Natural California Veggie Burgers (QC Test Result) | | DRP0013220-0013222 |
| 96 | 2/24/06 Dr. Praeger's 12oz. Spinach Pancakes (QC Test Result) | | DRP0013232-0013234 |
| 97 | 3/20/06 Dr. Praeger's California Veggie Burgers (Sample A) (QC Test Result) | | DRP0013252-0013254 |
| 98 | 3/20/06 Dr. Praeger's California Veggie Burgers (Sample B) (QC Test Result) | | DRP0013255-0013257 |
| 99 | QC Laboratories Invoice No. 623677 with Analytical Results to Adam Somberg re: Veggie Burger 96 g | 14-Sep-04 | DRP0013896 - 99 |
| 100 | QC Laboratories Invoice No. 626730 with Analytical  Results to Adam Somberg | September 14, 2007 revised September 27, 2004 | DRP0013900 – 02 |
| 101 | QC Laboratories Analytical Results sent to Jeff Cohen re: Veggie Burger Revised Formula | 27-Sep-04 | DRP0013903 – 04 |
| 102 | E-mail from Larry Praeger to Danielle Praeger (forwarding e-mail from Wilma Davis) re: Fw: California Veggie Burger #1 - Results Summary : 2 samples received 5/0/06 | 17-Jan-07 | DRP0015197 - 201 |
| 103 | E-mail from Larry Praeger to Danielle Praeger (forwarding e-mail from Wilma Davis) re Fw: Laboratory Test Results on 2 samples of California Veggie Burgers | 17-Jan-07 | DRP0015202 - 04 |
| 104 | Handwritten Notes (titled Nirvana) | 6-Mar-97 | DRP0015205 – 8 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 105 | E-mail from Jeff Cohen to James Gianninoto re: Privileged and Confidential | 9-Feb-07 | DRP0015449 - 53 (Bates Nos. are not in sequential order) Ex. 8 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 106 | E-mail from Larry Praeger to Lindsey attaching promotion schedule for 2004 | 30-Mar-04 | DRP0009099 - 9100 |
| 107 | E-mail from Brian Fedele at Fresh Direct to Larry Praeger re: Retail pricing | 11-Jun-04 | DRP008680 |
| 108 | Web Order from Customer | 4-Dec-04 | DRP0008413 |
| 109 | E-mail from ZmarkSales to Tree of Life cc'ing Larry Praeger | 8-Mar-05 | DRP0009377 |
| 110 | E-mails between Zmark Sales and Larry Praeger re: Meeting follow up | 31-Mar-05 | DRP0009343 - 44 |
| 111 | E-mail from Zmark Sales to Larry Praeger regarding Haddon House | 31-Mar-05 | DRP0009323 |
| 112 | E-mail from Jetro RD to Larry Praeger re: 16 Count Beggie Burgers | 25-Jan-06 | DRP0008582 |
| 113 | List form Zmark Sales Promotional Period Pricing | January 28, 2006 - February 24, 2006 | DRP0000140 |
| 114 | E-mail from Todd MacGrath at Advantage Sales and Marketing  to Larry Praeger re: Dr. Praeger 2d half templates | 8-Mar-06 | DRP0009251 - 52 |
| 115 | E-mails between Larry Praeger and John Nolan at Sell Ethics | 23-Jun-06 | DRP0009198 |
| 116 | Nutritional info for California Veggie Burgers | N/A | DRP0016296 - 16301 |
| 117 | Nutritional info for California Veggie Burgers | N/A | DRP0016302 – 5 |
| 118 | Nutritional info for California Veggie Burgers | N/A | DRP0016306 – 9 |
| 119 | Nutritional info for California Veggie Burgers | N/A | DRP0016310 – 11 |
| 120 | Nutritional info for California Veggie Burgers | N/A | DRP0016312 -- 13 |

11

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 121 | Nutritional info for Spinach Pancakes | N/A | DRP0016314 – 15 |
| 122 | Nutritional info for California Veggie Burgers | N/A | DRP0016316 – 19 |
| 123 | Nutritional info for California Veggie Burgers | N/A | DRP0016320 – 23 |
| 124 | Ingredient nutrients | N/A | DRP0016324 - 29 |
| 125 | Nutritional info for Broccoli Pancakes | 23-Sep-04 | DRP0016330 – 1 |
| 126 | Nutritional info for Spinach Pancakes | 23-Sep-04 | DRP0016332 - 3 |
| 127 | Nutritional info for Spinach Pancakes | N/A | DRP0016334 - 5 |
| 128 | Nutritional info for Broccoli Pancakes | N/A | DRP0016336 - 7 |
| 129 | Nutritional info for California Veggie Burgers | N/A | DRP0016338 – 9 |
| 130 | Nutritional info for California Veggie Burgers | N/A | DRP0016340 – 41 |
| 131 | Nutritional info for California Veggie Burgers | 16-Aug-06 | DRP0016342 – 3 |
| 132 | Nutritional info for California Veggie Burgers | 7-Jun-06 | DRP0016344 – 5 |
| 133 | Nutritional info for California Veggie Burgers | 7-Jun-06 | DRP0016346 – 7 |
| 134 | Nutritional info for California Veggie Burgers | 11-May-06 | DRP0016348 – 9 |
| 135 | E-mail from Ted Birkhahn to Larry Praeger cc'ing Steve Cody and Charles Leone re: Fw: Your Recent News Release attaching Draft Letter re: Urgent : Food Recall (e-mail string attached) | 15-May-06 | DRP0016354 - 64 |
| 136 | E-mail from Larry Praeger to Ted Birkhahn cc'ing Charles Leone re: Version 2 (e-mail string attached) | 10-May-06 | DRP0016412 – 15 |
| 137 | E-mail from Larry Praeger to Ellen Somberg, Jeff Cohen and Adam Somberg with string from Ted Birkhahn to Larry Praeger cc'ing Charles Leone attaching Holding statement | 10-May-06 | DRP0016419 – 25 |
| 138 | E-mail from Charles Leone to Larry Praeger cc'ing Ted Birkhahn re: AHA letter attaching draft of same | 17-May-06 | DRP0016440 – 41 |

12

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 139 | E-mails between Charles Leone, Larry Praeger and Ted Birkhahn re: Updated Customer Letter attaching same | 17-May-06 | DRP0016452 – 53 |
| 140 | E-mail from Ted Birkhahn to Larry Praeger re: Plan and LOA attaching DPSF standard LOA and Dr. Praeger's PR Plan | | DRP0016507 - 20 |
| 141 | E-mail from Larry Praeger to Jeff Cohen re: Retainer program (e-mail string attached) | 25-May-06 | DRP0016607 – 9 |
| 142 | Spreadsheet (Survey information) | | DRP0016729 – 44 |
| 143 | Allure Magazine Article – "Diet Saviors" | Aug-07 | DRP0016746 - 49 |
| 144 | ABC Research Corporation test results | 1-Jun-06 | P0001 - 0036 |
| 145 | ABC Research Corporation test results | 27-Jun-06 | P0037 - 0051 |
| 146 | Michelson Laboratories Lab Certificate submitted by Gardenburger for Dr. Praeger's California Veggie Burger | 31-Jan-06 | P0052 - 0057 |
| 147 | Weight Watchers points finder | N/A | P0058 -  0059 |
| 148 | Weight Watchers "Complete Food Companion" food and points listing | N/A | P0060 - 0068 |
| 149 | Dr. Praeger's web page re: California Veggie Burgers | 2006 | P0069 - 0070 |
| 150 | Dr. Praeger's web page re: Broccoli Pancakes | 2006 | P0071 - 0072 |
| 151 | Dr. Praeger's web page re: Potato Pancakes | 2006 | P0073 - 0074 |
| 152 | E-mail from hungrygirl to roxywear re: Nutrition Label Alert, Summer Shape-Ups, Food News and More! | 8-May-06 | P0075 - 0077 |
| 153 | PRNewsire :"Gardenburger Announces Healthcare Initiative - Veggie Burger Maker appeals to Meideal Facilities and Consumers to Use Only Genuine Low-Fat Foods" | 8-May-06 | P0078 - 0079 |
| 154 | Yahoo Finance Article: "Dr. Praeger's Announces Status of New Veggie Burgers" | 10-May-06 | P0080 |
| 155 | Fox 5 News Article: Dr. Praeger's Veggie Burger Recall | 11-May-06 | P0081 - 0082 |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 156 | Star Ledger Article: "'Heart Healthy' tag must come off Praeger burgers" | 3-May-06 | P0083 - 85 |
| 157 | Packaging for Dr. Praeger's California Veggie Burgers - 60 ounce box | N/A | P0086 - 87 |
| 158 | E-mail from Ted Birkhahn to Larry@Drpraegers and Charles Leone cc'ing Steve Cody re: Holding Statement | 8-May-06 | PPC 529 – 32 |
| 159 | E-mail from Larry Praeger to Steve Cody, Ted Birkhahn and Larry Praeger re: Peppercom (e-mail string attached) | 3-May-06 | PPC 966 – 71 |
| 160 | E-mail from Charles Leone to Larry and Danielle Praeger re: Dr. Praeger's Sample Survey Questions | 29-Aug-06 | PPC1117 - 18 |
| 161 | Copy of Media Prep Document | 10-May-06 | PPC1922 |
| 162 | E-mail from Richard Baltierra to Siarra Mayo re: Late PO 19776 | 23-Mar-06 | TJC 009 |
| 163 | E-mail from  Richard Baltierra to Alison Mochizuki  cc'ing Jon Basalone and Matt Sloan re: Dr. Praeger (e-mail string attached) | 15-May-06 | TJC 046 – 048 |
| 164 | QC Labs Analytical Report  - Spinach Potato | 10-Aug-00 | Deposition Ex. QC-1 |
| 165 | QC Labs Analytical Report – Broccoli Potato | 10-Aug-00 | Deposition Ex. QC-2 |
| 166 | QC Labs Analytical Report – Broccoli Potato | 11-Aug-00 | Deposition Ex. QC-3 |
| 167 | Fax from Ungar's Food Products, Inc., Jeff Cohen to Dr. Porus Aria re: Centex customer specifications | 9-Sep-04 | Deposition Ex. QC-7 |
| 168 | Ingredient listing (Source: USDA National Nutrient Database for Standard Reference, Release 16) | 10-Sep-04 | Deposition Exs. QC-8 and QC-9 |
| 169 | QC Labs Analytical Report (96g) Veggie burger | 14-Sep-04 | Deposition Ex. QC-10 |
| 170 | QC Labs Analytical Report (96g) Veggie burger | 27-Sep-04 | Deposition Ex. QC-11 |
| 171 | QC Labs Analytical Report (96g) Veggie burger - Revised Formula | 27-Sep-04 | Deposition Ex. QC-12 |

14

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 172 | QC Labs Analytical Report (96g) Veggie burger - Revised Formula #2 | 29-Sep-04 | Deposition Ex. QC-14 |
| 173 | QC Labs Analytical Results Invoices attaching nutrition Facts labels (3 pages) | 24-Feb-06 | Deposition Ex. QC-23 |
| 174 | QC Labs Analytical Results Invoices attaching nutrition Facts labels (9 pages) | 20-Mar-06 | Deposition Ex. QC-26 |
| 175 | QC Labs Analytical Results Invoices attaching nutrition Facts labels (15 pages) | 24-Mar-06 | Deposition Ex. QC-27 |
| 176 | Michelson Labs Chain of Custody Form, Analysis Request Form, Scale Test Results and Handwritten Notes | 1-Jun-06 | Deposition Ex. DP-16 |
| 177 | Letter from Dr. Praeger's to Nema Frye at Weight Watchers attaching box covers | 11-Dec-03 | From Weight Watchers document production |
| 178 | Letter from Danielle Praeger to Nema Frye at Weight Watchers re: changes and additions to product list | 18-Nov-05 | From Weight Watchers document production Deposition Ex. PDP-15 |
| 179 | Letter from Dr. Praeger's to Nema Frye at Weight Watchers attaching "most current boxes with most current nutritional information" | Sep-06 | From Weight Watchers document production |
| 180 | Midwest Laboratories Report on Veggie Burger Sample | 19-Apr-04 | |
| 181 | E-mail from Porus Aria to Danielle Praeger | 2/17/2004 4:18:45 AM | From Porus Aria Document Production |
| 182 | E-mail from Porus Aria to Jeff Cohen re: veggie Burger attaching database calculations | 1/20/2005 02:59:41PM | From Porus Aria Document Production |
| 183 | E-mail from Porus Aria to Jeff Cohen re: Veggie Burger | 2/1/2005 11:19:52AM | From Porus Aria Document Production |
| 184 | E-mail from Porus Aria to Danielle Praeger re: Dr. Praeger's Sensible Foods | 2/16/2004 04:02:24PM | From Porus Aria Document Production |
| 185 | E-mail from Danielle Praeger to Porus Aria re: Dr. Praeger Sensible Foods | 2/16/2004 10:14:13AM | From Porus Aria Document Production |
| 186 | E-mail from Danielle Praeger to Porus Aria | 2/17/2004 11:13:41AM | From Porus Aria Document Production |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 187 | E-mail from Porus Aria to Danielle Praeger | 2/17/2004 11:59:45AM | From Porus Aria Document Production |
| 188 | E-mail from Porus Aria to Danielle Praeger re: Veg burger | 2/24/2006 02:17:08:PM | From Porus Aria Document Production |
| 189 | E-mail from Porus Aria to Danielle Praeger re: Veg burger | 2/24/2006 02:56:38PM | From Porus Aria Document Production |
| 190 | E-mail from Danielle Praeger to Porus Aria re: Veg burger | 2/24/2006 03:50:51PM | From Porus Aria Document Production |
| 191 | E-mail from Porus Aria to Danielle Praeger re: Veg burger | 2/24/2006 03:54:39PM | From Porus Aria Document Production |
| 192 | E-mail from Danielle Praeger to Porus Aria re: Veg burger | 2/24/2006 03:56:11PM | From Porus Aria Document Production |
| 193 | E-mail from Porus Aria to Danielle Praeger re: Veg burger | 2/24/2006 04:00:45PM | From Porus Aria Document Production |
| 194 | E-mail from Danielle Praeger to Porus Aria re: Veg burger | 2/24/2006 04:03:47PM | From Porus Aria Document Production |
| 195 | E-mail from Danielle Praeger to Porus Aria re: Veg burger | 2/24/2006 02:29:02PM | From Porus Aria Document Production |
| 196 | E-mail from Danielle Praeger to Porus Aria re:Veg burger | 2/27/2006 08:27:30AM | From Porus Aria Document Production |
| 197 | E-mail from Porus Aria to Danielle Praeger re: Sample received today | 2/9/2004 10:38:54AM | From Porus Aria Document Production |
| 198 | E-mail from Porus Aria to Danielle Praeger re: Sample received today | 2/9/2006 12:12:54PM | From Porus Aria Document Production |
| 199 | E-mail from Porus Aria to Danielle Praeger re: Sample received today | 2/9/2006 12:34:20 PM | From Porus Aria Document Production |
| 200 | E-mail from Porus Aria to Danielle Praeger re: Sample received today | 2/9/2006 12:40:42PM | From Porus Aria Document Production |
| 201 | E-mail from Porus Aria to Danielle Praeger re: Dr. Praeger's | 3/21/2006 09:59:16AM | From Porus Aria Document Production |
| 202 | E-mail from Porus Aria to Danielle Praeger re: fat for tex-mex | 3/22/2006 05:21:06PM | QC-25 |
| 203 | E-mail from Porus Aria to Larry Praeger re: price list | 4/1/2004 12:06:05PM | QC-5 |
| 204 | E-mail from Porus Aria to Jeff Cohen re: testing quote | 5/25/2005 05:07:37PM | From Porus Aria Document Production |
| 205 | E-mail from Porus Aria to Jeff Cohen re: testing quote | 5/25/2005 05:11:45PM | From Porus Aria Document Production |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 206 | E-mail from Porus Aria to Jeff Cohen re: Testing quote | 5/25/2005 05:19:2PM | From Porus Aria Document Production |
| 207 | E-mail from Jeff Cohen to Porus Aria re: Ingredients | 9/8/2004 02:49:28PM | From Porus Aria Document Production |
| 208 | E-mail from Porus Aria to Jeff Cohen re: Ingredients | 9/8/2004 05:05:48PM | From Porus Aria Document Production |
| 209 | E-mail from Jeff Cohen to Porus Aria re: 96gram veggie burger calculation | September 28, 2004 02:53:38PM | From Porus Aria Document Production |
| 210 | QC Laboratories Analytical Results Report  (36 pages) | 24-Feb-06 | From Porus Aria Document Production - Deposition Ex. QC-22 |
| 211 | QC Labs analytical Results (96g) Veggie Burger | September 29, 2004 revised February 1, 2005 | From Porus Aria Document Production - Deposition Exhibit QC-14 |
| 212 | History Log for T01103 | Beginning 10/29/2001 | Deposition Ex. QC-28 |
| 213 | Sanipure document Invoice No. 16584 attaching Dr. Praeger's California Veggie Burgers/NO6DA - 107g  Analysis, Dr. Praeger's California Veggie Burgers/WO5AG - 107g Analysis and Dr. Praeger's California Veggie Burgers/HO6AC - 78g Analysis | 23-Mar-06 | From Sanipure Document Production |
| 214 | Sanipure document Invoice No. 16753 attaching Dr. Praeger's California Veggie Burgers (Net. Wt: 11 oz (312g) Package containing 4 indiv wrapped Burgers/RO6AD - 78g Analysis | 7-Apr-06 | From Sanipure Document Production |
| 215 | Sanipure document Invoice No. 16765 attaching All Natural Spinach Pancakes (Oat Bran & Gum)/RO6AF - 38g Analysis | 10-Apr-06 | From Sanipure Document Production |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 216 | Sanipure document Invoice No. 17089 attaching  Dr. Praeger's California Veggie Burgers (Net wt: 11 oz (312g) Package contains 4 ind wrapped burgers - Serving Size 1 Burger 12oz: (113g)/FO6AD - 113 g Analysis and  Dr. Praeger's California Veggie Burgers Net wt: 60 oz (1.7kg) Package contains 16 ind wrapped burgers - Serving Size 1 Burger (113g)/FO6AD - 113g Analysis | 4-May-06 | From Sanipure Document Production |
| 217 | Sanipure document Invoice No. 17350 attaching  California Veggie Burgers - 4 oz - No Gum - (113g)/F06CC - 113 Analysis and California Veggie Burgers - 4 oz - Regular Gum + 25% @ 415 F - (113g)/F06CC - 113g Analysis | 24-May-06 | From Sanipure Document Production |
| 218 | Sanipure document Invoice No. 17967 attaching  California Veggie Burgers - 5.5 oz/X06CA - 156g Analysis | 18-Jul-06 | From Sanipure Document Production |
| 219 | Sanipure document Invoice No. 18027 attaching California Veggie Burgers, 5.5 oz/X06CA - 156g | 24-Jul-06 | From Sanipure Document Production |
| 220 | Sanipure document Invoice No. 18403 attaching Costco California Veggie Burger - (113g)/G06CD - 113 and Laboratory notes | 25-Aug-06 | From Sanipure Document Production |
| 221 | Sanipure document Invoice No. 18420 attaching Costco California Veggie Burger, 4 oz - Extra Gum - (113g)/G08CE - 113 Analysis | 28-Aug-06 | From Sanipure Document Production |
| 222 | Sanipure document Invoice No. 19053 attaching  Costco Veggie Burger, 4 oz - (113g)/E06BH - 113g Analysis | 19-Oct-06 | From Sanipure Document Production |
| 223 | Sanipure document Invoice No. 19206 attaching Broccoli Pancakes - New Size - Water with Gum - (60g)/11/1/2006 - 60g Analysis and Spinach Pancakes - New Size - Water with Gum - (59g)/11/1/2006 - 59g Analysis | 3-Nov-06 | From Sanipure Document Production |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 224 | Michelson Laboratories Certificate for Dr. Praeger's California Burger Club = 100 grams submitted by Garden Burger | 7-Dec-05 | From Michelson Production |
| 225 | Nutritional testing report on California Veggie Burger (60 ounce) from Michelson Laboratories | 31-Jan-06 | DRP0006836 - 41 Exhibit 7 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 226 | Michelson Laboratories Certificate for Dr. Praeger's California Burger Club = 100 grams submitted by Garden Burger | 7-Dec-05 | From Michelson Production |
| 227 | Copy of package of California Veggie Burger (submitted to ABC Research Corp. for testing on May 25, 2006) | N/A | Exhibit 1 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 228 | Copy of package of California Veggie Burger (sixty ounce) | N/A | Exhibit 2 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 229 | Copy of package of Broccoli Pancake (submitted to ABC Research Corp. for testing on May 25, 2006) | N/A | Exhibit 3 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 230 | Copy of package of Potato Pancake (submitted to ABC Research Corp. for testing on May 25, 2006) | N/A | Exhibit 4 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 231 | Copy of package of Spinach Pancake (submitted to ABC Research Corp. for testing on May 25, 2006) | N/A | Exhibit 5 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |
| 232 | E-mail from Dr. Porus Aria to Jeff Cohen re: Veggie burger | 1-Feb-05 | DRP0001447 Exhibit 9 to Matthew J. Aaronson Declaration in Support of Motion for Class Certification |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 233 | Copy of Packaging for Broccoli Pancake | Prior to 2002 (as per JC Cert.) | DRP0012691 Ex 1 to Jeff Cohen Certification |
| 234 | Copy of Packaing and formulation for Broccoli Pancake | July 2004 (as per JC Cert.) | DRP0006585 and DRP0016336-37 Ex 2 to Jeff Cohen Certification |
| 235 | Copy of Packaging and formulation for Broccoli Pancakes | November 2005 (as per JC Cert.) | DRP0016674 -75 DRP00166666 DRP0016706 Ex 3. to Jeff Cohen Certification |
| 236 | Copy of formulation for Broccoli Pancake | April 2006 (as per JC Cert.) | DRP0016707 Ex. 4 to Jeff Cohen Certification |
| 237 | Copy of Packaging and formulation for Broccoli Pancakes | August 2006 (as per JC Cert.) | DRP0012874-75 DRP0016708 Ex. 5 to Jeff Cohen Certification |
| 238 | Copy of Packaging and formulation for Broccoli Pancakes | April 2007 (as per JC Cert.) | DRP0016676 - 77 DRP0016709 Ex. 6 to Jeff Cohen Certification |
| 239 | Copy of Packaging for Spinach Pancake | Prior to 2002 (as per JC Cert.) | DRP0012876 Ex. 7 to Jeff Cohen Certification |
| 240 | Copy of Packaging for Spinach Pancake | Start of 2002 | DRP0010195 Ex. 8 to Jeff Cohen Certification |
| 241 | Copy of Packaging and formulation for Spinach Pancakes | July 2004 (as per JC Cert.) | DRP0006580 DRP0016334 - 35 Ex. 9 to Jeff Cohen Certification |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 242 | Copy of Packaging and formulation for Spinach Pancakes | December 2005 (as per JC Cert.) | DRP0003648 DRP0016667 DRP0016710 Ex. 10 to Jeff Cohen Certification |
| 243 | Copy of formulation for Spinach Pancake | April 2006 (as per JC Cert.) | DRP0016711 Ex. 11 to Jeff Cohen Certification |
| 244 | Copy of Packaging and formulation for Spinach Pancake | August 2006 (as per JC Cert.) | DRP0012660 - 61 DRP0016712 Ex. 12 to Jeff Cohen Certification |
| 245 | Copy of Packaging and formulation for Spinach Pancake | May 2007 (as per JC Cert.) | DRP0016672 - 73 DRP0016713 Ex. 13 to Jeff Cohen Certification |
| 246 | Copy of packaging for California Veggie Burger | Prior to August 2001 (as per JC Cert.) | DRP0016670 Ex. 14 to Jeff Cohen Certification |
| 247 | Copy of packaging for California Veggie Burger | September 2002 (as per JC Cert.) | DRP0016704 - 05 Ex. 15 to Jeff Cohen Certification |
| 248 | Copy of packaging for California Veggie Burger | December 2003 (as per JC Cert.) | DRP0016669 Ex. 16 to Jeff Cohen Certification |
| 249 | Copy of packaging for California Veggie Burger | November 2004 (as per JC Cert.) | DRP0012942 Ex. 17 to Jeff Cohen Certification |
| 250 | Copy of packaging for California Veggie Burger | September 2004 (as per JC Cert.) | DRP0012938 DRP0008676 Ex. 18 to Jeff Cohen Certification |
| 251 | Copy of packaging and formulation for California Veggie Burger | October 2005 (as per JC Cert.) | DRP0016668 DRP0016665 DRP0016714 Ex. 19 to Jeff Cohen Certification |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 252 | Copy of packaging and formulation for California Veggie Burger | March 2006 (as per JC Cert.) | DRP0016703 DRP0016715 Ex. 20 to Jeff Cohen Certification |
| 253 | Copy of packaging and formulation for California Veggie Burger | May 2006 (as per JC Cert.) | DRP0016671 DRP0016340 - 41 DRP0016716 Ex. 21 to Jeff Cohen Certification |
| 254 | Copy of packaging and formulation for California Veggie Burger | July 2006 (as per JC Cert.) | DRP0016678- 79 DRP0016717 Ex. 22 to Jeff Cohen Certification |
| 255 | Copy of packaging and formulation for California Veggie Burger | August 2006 (as per JC Cert.) | DRP0016680 - 81 DRP0016718 Ex. 23 to Jeff Cohen Certification |
| 256 | Copy of packaging and formulation for California Veggie Burger | April 2006 (as per JC Cert.) | DRP0016702 DRP0016719 Ex. 24 to Jeff Cohen Certification |
| 257 | Copy of packaging and formulation for California Veggie Burger | August 2006 (as per JC Cert.) | DRP0016682 - 83 DRP0016720 Ex. 25 to Jeff Cohen Certification |
| 258 | Copy of packaging for Tex Mex Burger | August 2001 (as per JC Cert.) | DRP0016700 - 01 Ex. 26 to Jeff Cohen Certification |
| 259 | Copy of packaging for Tex Mex Burger | June 2004 (as per JC Cert.) | DRP0016698 - 99 Ex. 27 to Jeff Cohen Certification |
| 260 | Copy of packaging and formulationfor Tex Mex Burger | November 2005 (as per JC Cert.) | DRP0016696 - 97 DRP0016721 Ex. 28 to Jeff Cohen Certification |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 261 | Copy of packaging and formulation for Tex Mex Burger | May 2006 (as per JC Cert.) | DRP0016694 - 95 DRP0016722 Ex. 29 to Jeff Cohen Certification |
| 262 | Copy of packaging and formulation for Tex Mex Burger | July 2006 (as per JC Cert.) | DRP0016692 - 93 DRP0016723 Ex. 30 to Jeff Cohen Certification |
| 263 | Copy of packaging and formulation for Tex Mex Burger | August 2006 (as per JC Cert.) | DRP0016690 - 91 DRP0016724 Ex. 31 to Jeff Cohen Certification |
| 264 | Copy of packaging for Potato Pancake | July 2003 (as per JC Cert.) | DRP0016689 Ex. 32 to Jeff Cohen Certification |
| 265 | Copy of packaging for Potato Pancake | November 2004 (as per JC Cert.) | DRP0016688 Ex. 33 to Jeff Cohen Certification |
| 266 | Copy of packaging and formulation for Potato Pancake | November 2005 (as per JC Cert.) | DRP0016687 DRP0016725 Ex. 34 to Jeff Cohen Certification |
| 267 | Copy of formulation for Potato Pancake | April 2006 (as per JC Cert.) | DRP0016726 Ex. 35 to Jeff Cohen Certification |
| 268 | Copy of packaging and formulation for Potato Pancake | September 2006 (as per JC Cert.) | DRP0016686 DRP0016727 Ex. 36 to Jeff Cohen Certification |
| 269 | Copy of packaging and formulation for Potato Pancake | April 2007 (as per JC Cert.) | DRP0016684 - 85 DRP0016728 Ex. 37 to Jeff Cohen Certification |
| 270 | Letter from Jeffrey Cohen to Marjorie Schultz at the Food and Drug Adminstration re: Firm Initiated Class II Recall No. F-313/314-6 | 20-Feb-07 | DRP0015447 - 48 Ex. 39 to Jeff Cohen Certification |

| Plaintiff's Ex. No. | Description | Date | Bates Range/ Origination/ Location |
|---|---|---|---|
| 271 | Letter from Douglas Ellsworth at the Department of Health and Human Services to Dr. Peter Praeger | 27-Feb-07 | DRP0016664 Ex. 40 to Jeff Cohen Certification |
| 272 | Certification of Jeffrey Cohen with attached Exhibits | 22-Jun-07 | |
| 273 | Amended Class Action Complaint | 25-Aug-06 | |
| 274 | Answer to Amended Complaint | 12-Sep-06 | |
| 275 | Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories | 27-Dec-06 | |
| 276 | Expert Report of David A. Levitsky | 31-Oct-07 | |
| 277 | Expert Report of Joe M. Regenstein | 31-Oct-07 | |
| 278 | Expert Report of Katherine W. Berry | 31-Oct-07 | |
| 279 | CD containing Fox interview with Dr. Praeger | May, 2006 | |
| 280 | Updated Sales Figures for Years 2000 - 2006 | | DRP0016790 |
| 281 | Ungar's Food Products, Inc. Items Sold to Customers For the Period From Jan 1, 2000 to Jan 31, 2000 | January 2000 | DRP0016791 – DRP0016902 |
| 282 | Ungar's Food Products, Inc. Items Sold to Customers For the Period Jan 1 to Jan 31, 2000 | January 2000 | DRP0015454 – DRP00015735 |
| 283 | Ungar's Food Products, Inc. Items Sold to Customers For the Period Jan 1 to Jan 31, 2000 | January 2000 | DRP0015736 – DRP0016015 |
| 284 | Ungar's Food Products, Inc. Items Sold to Customers For the Period Jan 1 to Jan 31, 2000 | January 2000 | DRP0016016 – DRP0016295 |