UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDRIA ELIAS, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNGAR'S FOOD PRODUCTS, INC., et al.,<br><br>        Defendants. | Civ. Action No. 06-2448 (KSH)<br><br><u>**ORDER**</u> |

**Katharine S. Hayden, U.S.D.J.**

This matter having come before the Court upon defendants' objections to the Report and Recommendation of Magistrate Judge Patty Shwartz dated September 6, 2007, recommending that plaintiffs' motion for class certification be granted pursuant to Rule 23; the Court having considered the submissions of the parties; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 30th day of June 2008,

**ORDERED** that Judge Shwartz's Report and Recommendation is **accepted** and plaintiffs' motion for class certification is **granted**.

Dated: 6/30/08                              /s/Katharine S. Hayden

                                                            Katharine S. Hayden, U.S.D.J.