**BAKER & HOSTETLER LLP**
DAVID J. SHEEHAN
45 Rockefeller Plaza
New York, New York  10111
Telephone:  212.589.4200
Facsimile:   212.589.4201

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDRIA ELIAS, et al.,<br><br>Plaintiffs,<br><br>-against-<br><br>UNGAR'S FOOD PRODUCTS, INC., et al.,<br><br>Defendants. | INDEX NO. 2:06-cv-2448 (KSH)(PS) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that I am no longer a partner in the law firm of Troutman Sanders LLP, attorneys for Plaintiffs Alexandria Elias, Roxanne Scher, Dolores Baez, and Jennifer Tosi. I hereby request that my appearance on behalf of Plaintiffs be withdrawn and that my name be removed from the service list in the above captioned matter.

- 1 -

Dated: July 31, 2008

Respectfully submitted,

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
212.589.4200

By: _____
David J. Sheehan