# TROUTMAN SANDERS LLP
ATTORNEYS AT LAW
A LIMITED LIABILITY PARTNERSHIP

THE LEGAL CENTER
ONE RIVERFRONT PLAZA
NEWARK, NEW JERSEY 07102
www.troutmansanders.com
TELEPHONE: 973-645-0772
FACSIMILE: 973-645-1190

RECEIVED
OCT 27 2008
AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

Mark I. Schlesinger
mark.schlesinger@troutmansanders.com

Direct Dial: 973-645-0899
Direct Fax: 212-704-5972

October 23, 2008

Clerk of the Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re: *Elias v. Ungars Food Products, Inc. d/b/a Dr. Praeger's Sensible Foods*
Civil Action No. 06cv02448

Dear Sir/Madam:

Please be advised that the attorney of record, Clement H. Berne, in the above-captioned case is no longer involved in this matter. Please remove his name from the case and electronic notification.

Very truly yours,

Mark I. Schlesinger