

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

**CHRISTOPHER J. MICHIE**

chris.michie@dechert.com
+1 609 955 3225 Direct
+1 609 873 9141 Fax

December 15, 2008

**VIA FEDERAL EXPRESS**

Hon. Patty Shwartz, U.S.M.J.
United States District Court for the District of New Jersey
U.S. Post Office and Courthouse Building
50 Walnut Street
Newark, NJ 07101

    Re: Elias v. Ungar Food Products, Inc.
       Civil Action No. 06-2448 (KSH)

Dear Judge Shwartz:

This firm is co-counsel for the defendants in the above matter. In accordance with Your Honor's rules, we are writing to request a telephone conference regarding two motions the defendants wish to file with Judge Hayden.

The first motion seeks summary judgment on the named plaintiffs' claims under the New Jersey Consumer Fraud Act ("NJCFA"). The basis for this motion is (a) the New Jersey Supreme Court's recent adoption of the Second Restatement's "most significant relationship" test for choice of law issues in P.V. v. Camp Jaycee, 2008 WL 5102951 (N.J. Nov. 28, 2008), and (b) the defendants' position that, separate and apart from the applicable choice of law standard, the NJCFA does not afford a private cause of action to consumers who purchase products outside the State.

The second motion seeks decertification of the class on multiple grounds, including the individual issues created by the need to apply different states' laws to the claims of each member of the class.

A Pennsylvania Limited Liability Partnership

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC
EUROPE  Brussels  London  Luxembourg  Munich  Paris  ASIA  Hong Kong



Hon. Patty Shwartz, U.S.M.J.
December 15, 2008
Page 2

We are available for a telephone conference at the Court's convenience.

Thank you for your consideration in this matter.

Respectfully submitted,

Christopher J. Michie

CJM:bd
Encl.

cc: Hon. Katherine Sweeney Hayden, U.S.D.J.
    Matthew Aaronson, Esq.
    David R. Gross, Esq.