

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

**CHRISTOPHER J. MICHIE**

chris.michie@dechert.com
+1 609 955 3225 Direct
+1 609 873 9141 Fax

July 30, 2010

**VIA ELECTRONIC FILING**

Hon. Katharine S. Hayden, U.S.D.J.
United States District Court for the
    District of New Jersey
U.S. Post Office & Courthouse
Federal Square
P.O. Box 999
Newark, NJ 07101-0999

      Re: Elias v. Ungar's Food Products, Inc.
         Civil Action No. 06-2448 (KSH)

Dear Judge Hayden:

This firm is co-counsel for the defendants in the above matter. In accordance with Your Honor's recent Order, I am enclosing a proposed Order reflecting the schedule agreed by the parties for the briefing of the defendants' decertification and summary judgment motions. As directed by the Court, all briefing will be completed by September 30, 2010.

In addition, the defendants respectfully* request that they be granted leave to file a 50-page brief instead of the usual 40 pages. Given the importance of certification to the case, recent changes in the law and the complexity of the issues involved, we believe it would be beneficial to both the parties and the Court to extend the page limit on this one occasion.

Thank you for your consideration in this matter.

Respectfully submitted,

*Request Denied
So Ordered
/s/ Katharine S. Hayden, USDJ

Respectfully submitted,
Christopher J. Michie

CJM:vm

A Pennsylvania Limited Liability Partnership

US  Austin  Boston  Charlotte  Hartford  New York  Newport Beach  Philadelphia  Princeton  San Francisco  Silicon Valley  Washington DC