UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDRIA ELIAS; ROXANNE SCHER; DOLORES BAEZ; JENNIFER TOSI, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNGAR'S FOOD PRODUCTS, INC., et al.,<br><br>Defendants. | Civil Action No. 06-2448 (KSH)<br><br><br>[PROPOSED] ORDER |

In furtherance of the Court's Order dated June 23, 2010 (Docket No. 33), it is hereby ordered that the following schedule shall govern the briefing of the defendants' motions for decertification and summary judgment:

Defendants' motions shall be filed on August 3, 2010;

Plaintiffs' opposition briefs shall be filed on or before September 16, 2010;

Defendants' replies shall be filed on or before September 30, 2010.

_____
Hon. Katharine S. Hayden, U.S.D.J.