Mark I. Schlesinger
TROUTMAN SANDERS LLP
One Gateway Center
Suite 2600
Newark, New Jersey  07102
(973) 645-0772
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X

ALEXANDRIA ELIAS, ROXANNE SCHER, :
DOLORES BAEZ and JENNIFER TOSI,
on behalf of themselves and all others : **Civil Action No.:**
similarly situated, **2:06-cv-02448-KSH-PS**
:
Plaintiffs,
:
-against-
:
 **NOTICE OF CHANGE**
UNGAR'S FOOD PRODUCTS, INC., **OF ADDRESS**
d/b/a DR. PRAEGER'S SENSIBLE FOODS :
and SENSIBLE FOODS LLC d/b/a,
DR. PRAEGER'S SENSIBLE FOODS, :

Defendants. :

------------------------------------------------------------X

PLEASE TAKE NOTICE that effective September 1, 2010, the address of counsel for plaintiffs has changed. The new address is:

TROUTMAN SANDERS LLP
One Gateway Center, Suite 2600
Newark, New Jersey 07102

The telephone number remains 973-645-0772.

Dated: September 1, 2010

TROUTMAN SANDERS LLP

By: s/ Mark I. Schlesinger
Mark I. Schlesinger

1422491v1