## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC, d/b/a DR. PRAEGER'S SENSIBLE FOODS,<br><br>      Defendants. | Civil Action No. 2:06-cv-02448-KSH-PS<br><br>**NOTICE OF MOTION** |

TO: All Persons on ECF Service List

  **PLEASE TAKE NOTICE** that at the Final Approval Hearing scheduled for 10:00 a.m. on September 13, 2012, Plaintiffs and Defendants shall jointly move before the Honorable Katharine S. Hayden, U.S.D.J., at the Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order granting final approval of the settlement between Plaintiffs and Defendants. The Settlement Agreement and Proposed Order for Final Approval of the Settlement Agreement are filed herewith.

The undersigned intend to rely upon the Memorandum of Law, the Settlement Agreement, all exhibits to the Settlement Agreement, and other related materials.

Dated: August 15, 2012

| **TROUTMAN SANDERS LLP** | **SAIBER LLC** |
|---|---|
| /s/ Mark I. Schlesinger | /s/ David R. Gross |
| Charles P. Greenman, Esq.<br>Matthew A. Aaronson, Esq.<br>Mark I. Schlesinger, Esq.<br>Eric L. Unis, Esq. | David R. Gross, Esq.<br>Gregory S. Tabakman, Esq. |
| One Gateway Center, Suite 2600<br>Newark, New Jersey 07102<br>Tel:   973-645-0772<br>Fax:  973-645-1190 | 18 Columbia Turnpike, Suite 200<br>Florham Park, New Jersey 07932<br>Tel: 973-622-3333<br>Fax: 973-622-3349 |
| Counsel for Plaintiffs<br>*Alexandria Elias, Roxanne Scher, Dolores Baez and Jennifer Tosi, on behalf of themselves and others similarly situated* | Counsel for Defendants<br>*Ungar's Food Products, Inc., d/b/a Dr. Praeger's Sensible Foods LLC, d/b/a Dr. Praeger's Sensible Foods* |