UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALEXANDRIA ELIAS, ROXANNE SCHER, DOLORES BAEZ and JENNIFER TOSI, on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNGAR'S FOOD PRODUCTS, INC., d/b/a DR. PRAEGER'S SENSIBLE FOODS and SENSIBLE FOODS LLC, d/b/a DR. PRAEGER'S SENSIBLE FOODS,<br><br>　　　　　　　　　　　Defendants. | Civil No. 06-02448-KSH-PS<br><br>**<u>ORDER</u>** |

　　For the reasons expressed in the accompanying opinion,

　　**IT IS** on this 28th day of January, 2013,

　　**ORDERED** that the parties' Joint Motion for Final Approval of Class Settlement [D.E. 196, 197] is **granted**; and it is further

　　**ORDERED** that Plaintiffs' Motion for Attorneys' Fees, Expenses, and Incentive Awards [D.E. 198] is **granted**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Katharine S. Hayden
　　　　　　　　　　　　　　　　　　　　　　　　Katharine S. Hayden, U.S.D.J.