# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Alexandria Elias, et al.                                  :        Civil No.  06-2448  (KSH)
         Plaintiff (s)
                                      :

   vs.

                                      :        ORDER
Ungar's Food Products, Inc.

         Defendant(s)     :

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this 30th  day of January  2013,

**ORDERED** that this action is hereby dismissed without prejudice and without costs, subject to the right of the parties upon good cause shown within 60 days, to reopen the action if the settlement is not consummated.  The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                           /s/ Katharine S. Hayden
                                         KATHARINE S. HAYDEN            U.S.D.J.